UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHRISTOPHER CARTER, Individually and on Behalf of All Others Similarly Situated**<br>        Plaintiff,<br><br>v.<br><br>**MYLES GROUP, INC., and AARON MYLES**<br>        Defendants | § CIVIL ACTION NO.<br>§ 4:22-cv-01359, JURY DEMANDED<br>§<br>§<br>§<br>§ JUDGE CHARLES ESKRIDGE<br>§<br>§<br>§<br>§ |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Gregory A. Holloway and Thompson, Coe, Cousins, & Irons, and files this their Motion to Withdraw as counsel for Defendants Myles Group, Inc. and Aaron Myles and would show as follows:

1. Gregory A. Holloway of Thompson, Coe, Cousins, & Irons is attorney in charge and of record for Myles Group, Inc and Aaron Myles in the above numbered and styled cause.

2. Cause exists for withdraw as Myles Group, Inc and Aaron Myles have failed to pay counsel for legal services. Counsel and client were not able to resolve this issue during a recent phone communication.

3. This withdraw is not made for delay only, but so that justice may be done.

4. The client has been advised as to the intention of the undersigned to withdraw via letter, a copy of which is attached as **Exhibit A**.

5. The last known address and telephone number of the client is:

    Marjorie Roy Myles
    Aaron Myles
    Myles Group Inc.
    2308 Paradise Canyon Dr.
    Pearland, Texas 77584
    rs92522nd@aol.com

        ampremier@sbcglobal.net
        (915) 330-9530
        P.O. Box 20262
        Houston, Texas 77225
        (713) 725-4900

6.    There are no pending hearings in this matter.

7.    The Client should be permitted to proceed pro se until they, if they choose, obtain other counsel to represent them.

    WHEREFORE, Premises Considered, Gregory A. Holloway and Thompson, Coe, Cousins, & Irons pray that they be permitted to withdraw from such representation.

        **THOMPSON, COE, COUSINS & IRONS, LLP**

        _____
        GREGORY A. HOLLOWAY
        State Bar No. 24000502
        gholloway@thompsoncoe.com
        One Riverway, Suite 1400
        Houston, Texas 77056
        Telephone: (713) 403-8210
        Facsimile: (713) 403-8299
        **ATTORNEYS FOR DEFENDANT,**
        **Aaron Myles and Myles Group, Inc.**

## CERIFICATE OF CONFERENCE

I do hereby certify that I have communicated to Plaintiff's counsel my intention to withdraw as counsel.

GREGORY A. HOLLOWAY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been e-filed with the District Clerk of the Southern District of Texas—Houston Division and forwarded to all counsel of record by e-service notification, certified mail/return receipt requested, regular mail, hand delivery, and/or facsimile on this the 14th day of December, 2023.

Joshua Jon Sanford
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
501-221-0088
Email: josh@sanfordlawfirm.com
**ATTORNEY FOR PLAINTIFF**

GREGORY A. HOLLOWAY