# THOMPSON
# COE

**Thompson, Coe, Cousins & Irons LLP**
Attorneys and Counselors

Gregory A. Holloway
Direct Dial: 713-358-6770
gholloway@thompsoncoe.com

Austin
Dallas
Houston
New Orleans
Saint Paul
San Antonio

December 13, 2023

Aaron Myles
President
Myles Group, Inc.

*via Email*: ampremier@sbcglobal.net

Marjorie Roy Myles
Director
Myles Group, Inc.

*via Email*: mroymyles@sbcglobal.com

Re:   Civil Action NO. 4:22-cv-01359; *Christopher Carter v Myles Group, Inc., et al*;
In the United States District Court for the Southern District of Texas-Houston
Division

Please be advised that I, Gregory A. Holloway, along with any of my former associates who assisted on this case intend to withdraw as your lawyers in this case. The reason for my withdraw is for lack of payment for my prior legal services. As you know, we were not able to resolve these issues in our recent phone call.

Please be aware that once I withdraw from this case you will no longer be represented by a lawyer. At that point, you will need to either retain a new lawyer or represent yourself in this case.

You do not have to agree to the Motion. If you wish to contest my withdraw as your lawyer in this case, you may request a hearing on the subject from the Court. If you do not object, please send me an email at gholloway@thompsoncoe.com telling me you are unopposed to my withdrawal from this case. If you would like to discuss this further, please call me at 713-358-6770. We have attached a copy of the Court's Docket Control Order to this letter for your reference.

Sincerely,

Gregory A. Holloway

One Riverway | Suite 1400 | Houston | TX | 77056 | 713-403-8210 | Fax: 713-403-8299

Exhibit A