UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CARTER, Individually and on Behalf of All Others Similarly Situated<br>　　Plaintiff, | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:22-cv-01359, JURY DEMANDED |
| v. | §<br>§ | JUDGE CHARLES ESKRIDGE |
| MYLES GROUP, INC., and<br>AARON MYLES<br>　　Defendants | §<br>§<br>§<br>§ | |

## ORDER ON MOTION TO WITHDRAW COUNSEL

On this_____ day of _____, 20___, comes on for consideration Gregory A. Holloway and Thompson, Coe, Cousins, & Irons' Motion to Withdraw as counsel for Myles Group, Inc and Aaron Myles. From said Motion and other facts and matters appearing before the Court, the Court finds that said motion should be **GRANTED**.

It is, therefore, ORDERED, ADJUDGED, and DECREED Gregory A. Holloway and Thompson, Coe, Cousins, & Irons' Motion to Withdraw as counsel for Myles Group, Inc and Aaron Myles is **GRANTED** and Gregory A. Holloway and the law firm Thompson, Coe, Cousins, & Irons is withdrawn as counsel for Myles Group, Inc and Aaron Myles.

　　　　SIGNED this _____ day of _____, 2023.


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE PRESIDING