United States District Court
Southern District of Texas
**ENTERED**
December 21, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER CARTER, Individually and on Behalf of All Others Similarly Situated** | § | **CIVIL ACTION NO.** |
| | § | **4:22-cv-01359**, JURY DEMANDED |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| **MYLES GROUP, INC., and** | § | |
| **AARON MYLES** | § | |
| **Defendants** | § | |

### ORDER ON MOTION TO WITHDRAW COUNSEL

The motion by Gregory A. Holloway and Thompson, Coe, Cousins, & Irons to withdraw as counsel for Myles Group, Inc and Aaron Myles is **GRANTED.** Dkt 25.

It is **ORDERED** that Gregory A. Holloway and the law firm Thompson, Coe, Cousins, & Irons are withdrawn as counsel for Myles Group, Inc and Aaron Myles.

Defendant Myles Group, Inc, is hereby **ORDERED** to file a notice of appearance by counsel by January 5, 2024. As a corporation, it isn't permitted to proceed *pro se*.

Defendant Aaron Myles is also **ORDERED** to file either a notice of appearance by replacement counsel or a statement of intention to proceed *pro se* by January 5, 2024.

Plaintiff may bring any proper motion with respect to this Order and the forward progress of this litigation.

SO ORDERED.

SIGNED this __20th__ day of __December__ ,2023.

Hon. Charles Eskridge
United States District Judge