IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHRISTOPHER CARTER, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.            No. 4:22-cv-1359

**MYLES GROUP, INC., and AARON MYLES**            **DEFENDANTS**

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND INCORPORATED BRIEF IN SUPPORT

COMES NOW Plaintiff Christopher Carter, through undersigned counsel, and for his Motion for Entry of Default and Incorporated Brief in Support, he does state and allege as follows:

1. On December 20, 2023, the Court entered an Order on Motion to Withdraw Counsel granting the motion by Gregory A, Holloway and Thompson, Coe, Cousins, & Irons to withdraw as counsel for Myles Group, Inc and Aaron Myles. ECF No. 4.

2. The Court further ordered that Defendant Myles Group, Inc, file a notice of appearance by counsel by January 5, 2024, and that Defendant Aaron Myles file either file a notice of appearance by replacement counsel or a statement of intention to proceed *pro se* by January 5, 2024.

3. Since the Court's Order, neither Defendant has filed any document with the Court and Plaintiff's counsel has not been contacted by either Defendant or any counsel for Defendants.

4. Given Defendants' failure to comply with or otherwise respond to this Court's

Page 1 of 4
Christopher Carter, et al. v. Myles Group, Inc., et al.
U.S.D.C. (S.D. Tex.) Case No. 4:22-cv-1359
Plaintiff's Motion for Entry of Default
and Incorporated Brief in Support

Order, the Court should strike Defendants' answer and defenses and consider entry of default and eventual default judgment.

WHEREFORE, premises considered, Plaintiff Christopher Carter respectfully request that Plaintiff's Motion for Entry of Default be granted in full; that Defendants' answer and defenses be struck; for costs and a reasonable attorney's fee; and for all other relief to which Plaintiff may be entitled, whether specifically prayed for or not.

## BRIEF IN SUPPORT

Plaintiff Christopher Carter, individually and on behalf of others similarly situated, initiated this FLSA action against Defendants Myles Group, Inc., and Aaron Myles on April 28, 2022. ECF No. 1. Defendants answered on July 29, 2022. ECF No. 11.

On December 14, 2023, counsel for Defendants moved to withdraw, stating their client had failed to pay for legal services and that counsel and client were not able to resolve the issue during a recent phone communication. ECF No. 25.

On December 20, 2023, the Court granted leave for Defendants' counsel to withdraw and instructed Defendant Myles Group, Inc., to file a notice of appearance by counsel by January 5, 2024. The Court noted that as a corporation, Defendant Myles Group, Inc., isn't permitted to proceed *pro se.* The Court also ordered Defendant Aaron Myles to file either a notice of appearance by replacement counsel or a statement of intention to proceed *pro se* by January 5, 2024. ECF No. 26.

It is well established that corporations and LLCs are fictional legal persons who can only be represented by licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993). When a company defendant fails to obey orders to obtain counsel after being

Page 2 of 4
Christopher Carter, et al. v. Myles Group, Inc., et al.
U.S.D.C. (S.D. Tex.) Case No. 4:22-cv-1359
Plaintiff's Motion for Entry of Default
and Incorporated Brief in Support

warned of the consequences of failing to do so, the district court may properly strike its defenses or enter default in an FLSA case. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 874 (5th Cir. 2004); *Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984) ("Gordon declined to hire counsel to represent the corporation so the district court properly struck the defenses of the corporation."); *Hamilton v. EnerSafe, Inc.*, No. SA:15-CV-965-DAE, 2018 WL 7822066, at *1 (W.D. Tex., Mar. 6, 2018) ("When a corporation declines to hire counsel to represent it, the Court may strike its pleadings or enter default."); *Future World Electronics, LLC v. Over Drive Mktg., LLC*, No. 3:12-CV-2124-B, 2013 WL 5925089, at *2 (N.D. Tex. Nov. 5, 2013) (after instructing LLC to obtain counsel and giving warning, finding it appropriate to strike answer and enter default judgment); *Adonai Comms., Ltd. v. Awstin Investments, LLC*, No. 3:10-CV-2642-L, 2012 WL 899271, at *2 (N.D. Tex. Mar. 16, 2012) ("Other courts have found default judgment to be the appropriate remedy when a corporation fails, after court warning, to appoint counsel."); *King v. Allegiance Mgmt., LLC*, No. A-09-CA-317 LY, 2010 WL 2245062, at *1 (June 4, 2010) ("Since Defendant has failed to hire counsel and counsel has failed to enter an appearance on its behalf, Defendant's Answer is properly stricken.").

Defendant Myles Group, Inc., has failed to comply with the Court's Order to obtain counsel and Defendant Aaron Myles has failed to comply with the Court's Order to either file a notice of appearance by replacement counsel or a statement of intention to proceed *pro se*.

Due to Defendants' failure to Comply with this Court's Order, Plaintiff requests the Court strike Defendants' answer and defenses and to consider entry of default and eventual default judgment.

Page 3 of 4
Christopher Carter, et al. v. Myles Group, Inc., et al.
U.S.D.C. (S.D. Tex.) Case No. 4:22-cv-1359
Plaintiff's Motion for Entry of Default
and Incorporated Brief in Support

Respectfully submitted,

**CHRISTOPHER CARTER, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Sean Short, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system and notice thereby given on the date imprinted by the CM/ECF system to all counsel of record in this matter.

*/s/ Josh Sanford*
**Josh Sanford**

Page 4 of 4
Christopher Carter, et al. v. Myles Group, Inc., et al.
U.S.D.C. (S.D. Tex.) Case No. 4:22-cv-1359
Plaintiff's Motion for Entry of Default
and Incorporated Brief in Support