IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHRISTOPHER CARTER, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                          No. 4:22-cv-1359

**MYLES GROUP, INC., and AARON MYLES**                              **DEFENDANTS**

### PLAINTIFF'S MOTION FOR RELIEF FROM COURT DEADLINES

Plaintiff Christopher Carter, by and through his attorneys Sean Short and Josh Sanford of Sanford Law Firm, PLLC, and for his Motion for Relief from Court Deadlines, he does state and allege as follows:

1.      On December 20, 2023, the Court entered an Order on Motion to Withdraw Counsel granting the motion by Gregory A, Holloway and Thompson, Coe, Cousins, & Irons to withdraw as counsel for Myles Group, Inc. and Aaron Myles. ECF No. 26.

2.      The Court further ordered that Defendant Myles Group, Inc, file a notice of appearance by counsel by January 5, 2024, and that Defendant Aaron Myles file either file a notice of appearance by replacement counsel or a statement of intention to proceed *pro se* by January 5, 2024.

3.      Given Defendants' failure to comply with or otherwise respond to this Court's Order, on January 10, 2024, Plaintiff filed a Motion for Entry of Default, which is currently pending before the Court. ECF No. 27.

4.      Under the Court's Scheduling and Docket Control Order, the only remaining deadline is a docket call which is scheduled for February 20, 2024. ECF No. 23.

Page 1 of 3
Christopher Carter, et al. v. Myles Group, Inc., et al.
U.S.D.C. (S.D. Tex.) Case No. 4:22-cv-1359
Plaintiff's Motion for Relief from Court Deadlines

5.      In light of the pending Motion for Entry of Default and Defendants' failure to appear or otherwise respond following the withdrawal of their counsel, Plaintiff respectfully requests relief from the Court's current scheduling order until Defendants either appear or the Court makes a determination on how this case should proceed in their absence.

6.      In the alternative, if the Court believes that appearance at the docket call would still be productive in light of Defendants' absence, Plaintiff's counsel requests permission to attend the docket call remotely in order to avoid the cost of travel from their office in Little Rock, Arkansas.

WHEREFORE, premises considered, Plaintiff Christopher Carter respectfully request that Plaintiff's Motion for Relief from Court Deadlines be granted in full; that Plaintiff is allowed relief from all current Court deadlines until Defendants notify the Court that they have retained new counsel or the Court otherwise make a determination as to how this case should proceed; and for all other relief to which Plaintiff may be entitled, whether specifically prayed for or not.

**Page 2 of 3**
**Christopher Carter, et al. v. Myles Group, Inc., et al.**
**U.S.D.C. (S.D. Tex.) Case No. 4:22-cv-1359**
**Plaintiff's Motion for Relief from Court Deadlines**

Respectfully submitted,

**CHRISTOPHER CARTER, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance was filed electronically with the Clerk of the Court using the CM/ECF system and notice thereby given on the date imprinted by the CM/ECF system to all counsel of record in this matter.

*/s/ Josh Sanford*
**Josh Sanford**

**Page 3 of 3**
**Christopher Carter, et al. v. Myles Group, Inc., et al.**
**U.S.D.C. (S.D. Tex.) Case No. 4:22-cv-1359**
**Plaintiff's Motion for Relief from Court Deadlines**