IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHRISTOPHER CARTER, Individually and**                          **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                          No. 4:22-cv-1359

**MYLES GROUP, INC., and AARON MYLES**                      **DEFENDANTS**

### ORDER GRANTING MOTION FOR RELIEF FROM COURT DEADLINES

The Court, having reviewed the Motion for Relief from Court Deadlines and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the Motion for Relief from Court Deadlines is GRANTED.

ORDERED on February ___, 2024.

_____
Hon. Charles Eskridge
United States District Judge