United States District Court
Southern District of Texas
**ENTERED**
March 15, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHRISTOPHER CARTER, Individually and**      **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.      No. 4:22-cv-1359

**MYLES GROUP, INC., and AARON MYLES**      **DEFENDANTS**

### ORDER GRANTING MOTION FOR ENTRY OF DEFAULT

The Court having reviewed the Motion for Entry of Default Against Defendants Myles Group, Inc., and Aaron Myles and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the Motion for Entry of Default Against Defendant Myles Group, Inc., and Aaron Myles is GRANTED.

ORDERED on March 8, 2024.

_____
Hon. Charles Eskridge
United States District Judge