Case 4:22-cv-01359   Document 31   Filed on 05/17/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

CHRISTOPHER CARTER, Individually and on behalf of others similarly situated
    Plaintiff,

versus

MYLES GROUP, INC.,
    Defendant.

§§§§§§§§§§

Civil Action: 4:22-CV-1359

## Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

Myles Group, Inc., c/o Marjorie Roy-Myles, 2656 South Loop West, Suite 175, Houston, Texas 77054

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

CLERK OF COURT

DATED: May 17, 2024      By: _____
    Deputy Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

CHRISTOPHER CARTER, Individually and §
on behalf of others similarly situated §
    Plaintiff, §
§
*versus* §   Civil Action: 4:22-CV-1359
§
AARON MYLES §
    Defendant. §

## Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

Aaron Myles, 2308 Paradise Canyon Drive, Pearland, Texas 77584

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

CLERK OF COURT

DATED: May 17, 2024     By: _____
                                          Deputy Clerk