FedEx Express — Package US Airbill

Tracking Number: 8175 7725 0610

01/06/24 19:12

43 EIXA
MON - 20 MAY AA
STANDARD OVERNIGHT
77054
TX-US
IAH

Recipient: Marjorie Rayel Mylie / Mylie Group, 2636 S Loop W #125

fedex.com 1.800.GoFedEx 1.800.463.3339

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **SOUTHERN DISTRICT OF TEXAS** |

CHRISTOPHER CARTER, Individually and §
on behalf of others similarly situated §
      Plaintiff, §

versus §    Civil Action: 4:22-CV-1359

MYLES GROUP, INC., §
      Defendant. §

## Entry of Default

It appears upon the representation of the plaintiff and from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law:

Myles Group, Inc., c/o Marjorie Roy-Myles, 2656 South Loop West, Suite 175,

Houston, Texas 77054

Therefore, default is entered against the defendant as authorized by Federal Rule of Civil Procedure 55.

DATED: May 17, 2024

CLERK OF COURT

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHRISTOPHER CARTER, Individually and**        **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.        No. 4:22-cv-1359

**MYLES GROUP, INC., and AARON MYLES**        **DEFENDANTS**

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT

The Court having reviewed the Motion for Entry of Default Against Defendants Myles Group, Inc., and Aaron Myles and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the Motion for Entry of Default Against Defendant Myles Group, Inc., and Aaron Myles is GRANTED.

ORDERED on March 4, 2024.

_____
Hon. Charles Eskridge
United States District Judge

TRUE COPY I CERTIFY ATTEST:
NATHAN OCHSNER, Clerk of Court
By: _____
Deputy Clerk