United States District Court
Southern District of Texas
**ENTERED**
March 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CARTER, | § § § § § § § § § § § § § | CIVIL ACTION NO 4:22-cv-01359 |
| Plaintiff, | | |
| vs. | | JUDGE CHARLES ESKRIDGE |
| MYLES GROUP INC and AARON MYLES, | | |
| Defendants. | | |

## ORDER

Clerk's Entry of Default against Defendants Aaron Myles and Myles Group Inc entered on May 17, 2024. Dkt 31.

Plaintiff is ORDERED to bring a motion for default judgment by March 21, 2025.

It is ORDERED that this action will be dismissed for want of prosecution if such filing isn't made.

SO ORDERED.

Signed on March 07, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge