THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

**013346**

EZShield™ Check Fraud
Protection for Business

DATE   11/29/2019

PAY TO THE
ORDER OF    Christopher C Carter                                         $  **343.94

Three Hundred Forty-Three and 94/100*************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                        _____  MP
                                                            AUTHORIZED SIGNATURE

Pay Period: 11/10/2019 - 11/16/2019

⑈013346⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                          **013346**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | Single/(none) | | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 11/10/2019 - 11/16/2019 | | | Pay Date: 11/29/2019 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 1,650.00 | 25.00% | 412.50 | 412.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -37.00 | -37.00 |
| Social Security Employee | -25.58 | -25.58 |
| Medicare Employee | -5.98 | -5.98 |
| | -68.56 | -68.56 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 343.94 | 343.94 |

DEFS 000018

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

**013381**

EZShield™ Check Fraud
Protection for Business

DATE    12/6/2019

PAY TO THE
ORDER OF    Christopher C Carter     $   **427.76

Four Hundred Twenty-Seven and 76/100************************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO

AUTHORIZED SIGNATURE    MP

Pay Period: 11/17/2019 - 11/23/2019

⑈013381⑈ ⑆113010547⑆ 6701725644⑈

**MYLES GROUP INC**

**013381**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | Single/(none) | | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 11/17/2019 - 11/23/2019 | | | Pay Date: 12/06/2019 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,065.00 | 25.00% | 516.25 | 928.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -49.00 | -86.00 |
| Social Security Employee | -32.00 | -57.58 |
| Medicare Employee | -7.49 | -13.47 |
| | -88.49 | -157.05 |

| Net Pay | 427.76 | 771.70 |
|---|---|---|

DEFS 000019

Premier Auto Transport Co., P.O. Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

**013386**

EZShield™ Check Fraud
Protection for Business

DATE     12/13/2019

PAY TO THE
ORDER OF     Christopher C Carter                                           $   **307.38

Three Hundred Seven and 38/100********************************************************************************** DOLLARS

Christopher C Carter                                        VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                      MP
                                                       AUTHORIZED SIGNATURE
     Pay Period: 11/24/2019 - 11/30/2019

⑆013386⑆ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                        **013386**

Employee                                               SSN          Status (Fed/State)        Allowances/Extra
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445   Single/(none)         Fed-0/0/TX-0/0
                                                       Pay Period: 11/24/2019 - 11/30/2019      Pay Date: 12/13/2019

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 1,470.00 | 25.00% | 367.50 | 1,296.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -32.00 | -118.00 |
| Social Security Employee | -22.79 | -80.37 |
| Medicare Employee | -5.33 | -18.80 |
| | -60.12 | -217.17 |

| Net Pay | 307.38 | 1,079.08 |
|---|---|---|

**DEFS 000020**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

**013404**

EZShield™ Check Fraud
Protection for Business

DATE   12/20/2019

PAY TO THE
ORDER OF     Christopher C Carter                                                              $   **551.90

——— Five Hundred Fifty-One and 90/100********************************************************************* DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                                     _____   MP
                                                                         AUTHORIZED SIGNATURE
Pay Period: 12/01/2019 - 12/07/2019

⑈013404⑈ ⑆113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                                          **013404**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | Single/(none) | | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 12/01/2019 - 12/07/2019 | | | Pay Date: 12/20/2019 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,685.00 | 25.00% | 671.25 | 1,967.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -68.00 | -186.00 |
| Social Security Employee | -41.62 | -121.99 |
| Medicare Employee | -9.73 | -28.53 |
| | -119.35 | -336.52 |
| Net Pay | 551.90 | 1,630.98 |

DEFS 000021

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

**013428**

EZShield™ Check Fraud
Protection for Business

DATE  12/27/2019

PAY TO THE
ORDER OF      Christopher C Carter                                          $   **554.36

Five Hundred Fifty-Four and 36/100******************************************************** DOLLARS

Christopher C Carter                              VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO
        Pay Period: 12/08/2019 - 12/14/2019                    AUTHORIZED SIGNATURE        MP

⑈013428⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                          **013428**

Employee                                              SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035        ***-**-5445
                                                      Pay Period: 12/08/2019 - 12/14/2019        Pay Date: 12/27/2019

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,700.00 | 25.00% | 675.00 | 2,642.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -69.00 | -255.00 |
| Social Security Employee | -41.85 | -163.84 |
| Medicare Employee | -9.79 | -38.32 |
| | -120.64 | -457.16 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 554.36 | 2,185.34 |

DEFS 000022

Powered by Intuit Payroll

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013424

EZShield™ Check Fraud
Protection for Business

DATE     1/3/2020

PAY TO THE
ORDER OF     Christopher C Carter                                    $  **421.98

Four Hundred Twenty-One and 98/100************************************************************     DOLLARS

Christopher C Carter                                          VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO
                                                              _____     MP
        Pay Period: 12/15/2019 - 12/21/2019                   AUTHORIZED SIGNATURE

⑈013424⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                         013424

Employee                                              SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                      Pay Period: 12/15/2019 - 12/21/2019        Pay Date: 01/03/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,040.00 | 25.00% | 510.00 | 510.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -49.00 | -49.00 |
| Social Security Employee | -31.62 | -31.62 |
| Medicare Employee | -7.40 | -7.40 |
| | -88.02 | -88.02 |

| Net Pay | | |
|---|---|---|
| | 421.98 | 421.98 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

**DEFS 000078**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013478

EZShield™ Check Fraud
Protection for Business

DATE   1/10/2020

PAY TO THE
ORDER OF   Christopher C Carter                                         $  **427.76

Four Hundred Twenty-Seven and 76/100*********************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                    MP
                                                        AUTHORIZED SIGNATURE

Pay Period: 12/22/2019 - 12/28/2019

⑆013478⑆ ⑇113010547⑇ 6701725644⑈

---

**MYLES GROUP INC**                                                     013478

Employee                                          SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                  Pay Period: 12/22/2019 - 12/28/2019    Pay Date: 01/10/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,065.00 | 25.00% | 516.25 | 1,026.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -49.00 | -98.00 |
| Social Security Employee | -32.01 | -63.63 |
| Medicare Employee | -7.48 | -14.88 |
| | -88.49 | -176.51 |

| Net Pay | 427.76 | 849.74 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

DEFS 000079

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

013497

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE  1/17/2020

PAY TO THE
ORDER OF    Christopher C Carter                                    $  **453.77

Four Hundred Fifty-Three and 77/100******************************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                                        MP
                                                        AUTHORIZED SIGNATURE
Pay Period: 12/29/2019 - 01/04/2020

⑈013497⑈ ⑆113010547⑆ 6701725644⑈

---

## MYLES GROUP INC

013497

Employee                                               SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                       Pay Period: 12/29/2019 - 01/04/2020      Pay Date: 01/17/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,195.00 | 25.00% | 548.75 | 1,575.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -53.00 | -151.00 |
| Social Security Employee | -34.02 | -97.65 |
| Medicare Employee | -7.96 | -22.84 |
| | -94.98 | -271.49 |

| Net Pay | 453.77 | 1,303.51 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013515

EZShield™ Check Fraud
Protection for Business

DATE  1/24/2020

PAY TO THE
ORDER OF    Christopher C Carter                                                    $  **575.60

Five Hundred Seventy-Five and 60/100*************************************************************************  DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO

AUTHORIZED SIGNATURE    MP

Pay Period: 01/05/2020 - 01/11/2020

⑈013515⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                              013515

| Employee | | | | | SSN |
|---|---|---|---|---|---|
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN
***-**-5445
Pay Period: 01/05/2020 - 01/11/2020                          Pay Date: 01/24/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,805.00 | 25.00% | 701.25 | 2,276.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -72.00 | -223.00 |
| Social Security Employee | -43.48 | -141.13 |
| Medicare Employee | -10.17 | -33.01 |
| | -125.65 | -397.14 |

| Net Pay | | |
|---|---|---|
| | 575.60 | 1,879.11 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

DEFS 000081

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013532

EZShield™ Check Fraud
Protection for Business

DATE _____1/31/2020_____

PAY TO THE
ORDER OF ___Christopher C Carter_____    $ **594.39

___Five Hundred Ninety-Four and 39/100********************************************************************_____ DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____    _____ MP
                                        AUTHORIZED SIGNATURE

Pay Period: 01/12/2020 - 01/18/2020

⑈013532⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                      013532

Employee                                                    SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                            Pay Period: 01/12/2020 - 01/18/2020        Pay Date: 01/31/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,895.00 | 25.00% | 723.75 | 3,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -74.00 | -297.00 |
| Social Security Employee | -44.87 | -186.00 |
| Medicare Employee | -10.49 | -43.50 |
| | -129.36 | -526.50 |

| Net Pay | 594.39 | 2,473.50 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by Intuit Payroll

DEFS 000082

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

**013549**

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE  2/7/2020

PAY TO THE
ORDER OF   Christopher C Carter                                                     $  **480.93

— Four Hundred Eighty and 93/100************************************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                                                      MP
                                                            AUTHORIZED SIGNATURE

Pay Period: 01/19/2020 - 01/25/2020

⑈013549⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                                  **013549**

Employee                                                          SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035      ***-**-5445
                                                                 Pay Period: 01/19/2020 - 01/25/2020          Pay Date: 02/07/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,330.00 | 25.00% | 582.50 | 3,582.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -57.00 | -354.00 |
| Social Security Employee | -36.12 | -222.12 |
| Medicare Employee | -8.45 | -51.95 |
| | -101.57 | -628.07 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 480.93 | 2,954.43 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.                    Powered by Intuit Payroll

**DEFS 000083**

**013580**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE    2/14/2020

PAY TO THE ORDER OF    Christopher C Carter                                              $    **515.35

Five Hundred Fifteen and 35/100****************************************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO
                Pay Period: 01/26/2020 - 02/01/2020

AUTHORIZED SIGNATURE    MP

⑈013580⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                                      **013580**

Employee
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN
***-**-5445                Pay Period: 01/26/2020 - 02/01/2020            Pay Date: 02/14/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,505.00 | 25.00% | 626.25 | 4,208.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -63.00 | -417.00 |
| Social Security Employee | -38.82 | -260.94 |
| Medicare Employee | -9.08 | -61.03 |
| | -110.90 | -738.97 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 515.35 | 3,469.78 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by **Intuit** Payroll

DEFS 000084

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013584

EZShield℠ Check Fraud Protection for Business

DATE     2/21/2020

PAY TO THE
ORDER OF     Christopher C Carter                                                    $  **512.88

Five Hundred Twelve and 88/100********************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                        _____  MP
                                                              AUTHORIZED SIGNATURE

Pay Period: 02/02/2020 - 02/08/2020

⑈013584⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                              013584

Employee                                          SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035     ***-**-5445
                                                  Pay Period: 02/02/2020 - 02/08/2020     Pay Date: 02/21/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,490.00 | 25.00% | 622.50 | 4,831.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -62.00 | -479.00 |
| Social Security Employee | -38.60 | -299.54 |
| Medicare Employee | -9.02 | -70.05 |
| | -109.62 | -848.59 |

| Net Pay | 512.88 | 3,982.66 |
|---|---|---|

Powered by Intuit Payroll

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013603

EZShield℠ Check Fraud
Protection for Business

DATE  2/28/2020

PAY TO THE
ORDER OF    Christopher C Carter                                                    $   **728.99

Seven Hundred Twenty-Eight and 99/100************************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____    _____  MP
                                                        AUTHORIZED SIGNATURE

Pay Period: 02/09/2020 - 02/15/2020

⑈013603⑈ ⑆113010547⑆ 67017256644⑈

---

**MYLES GROUP INC**                                                      013603

| Employee | | | | | SSN |
|---|---|---|---|---|---|
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 — SSN ***-**-5445
Pay Period: 02/09/2020 - 02/15/2020          Pay Date: 02/28/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,595.00 | 25.00% | 898.75 | 5,730.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -101.00 | -580.00 |
| Social Security Employee | -55.72 | -355.26 |
| Medicare Employee | -13.04 | -83.09 |
| | -169.76 | -1,018.35 |

| Net Pay | 728.99 | 4,711.65 |

Premier Auto Transport Co , P O Box 20262, Houston, TX 77225, Myles Group Inc , DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

DEFS 000086

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013620

EZShield™ Check Fraud
Protection for Business

DATE   3/6/2020

PAY TO THE
ORDER OF   Christopher C Carter                                           $  **601.46

Six Hundred One and 46/100************************************************************************************ DOLLARS

Christopher C Carter                                    VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                          _____ MP
                                                        AUTHORIZED SIGNATURE
    Pay Period: 02/16/2020 - 02/22/2020

⑈013620⑈  ⑆113010547⑆  6701725644⑈

---

**MYLES GROUP INC**                                                    013620

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 02/16/2020 - 02/22/2020                    Pay Date: 03/06/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,930.00 | 25.00% | 732.50 | 6,462.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -75.00 | -655.00 |
| Social Security Employee | -45.42 | -400.68 |
| Medicare Employee | -10.62 | -93.71 |
| | -131.04 | -1,149.39 |

| Net Pay | 601.46 | 5,313.11 |
|---|---|---|

DEFS 000087

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

013637

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE  3/13/2020

PAY TO THE ORDER OF    Christopher C Carter                                          $  **588.62

Five Hundred Eighty-Eight and 62/100******************************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                                 MP
Pay Period: 02/23/2020 - 02/29/2020                         AUTHORIZED SIGNATURE

⑈013637⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                          013637

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |
| | | | | | Pay Period: 02/23/2020 - 02/29/2020 |

Pay Date: 03/13/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,870.00 | 25.00% | 717.50 | 7,180.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -74.00 | -729.00 |
| Social Security Employee | -44.48 | -445.16 |
| Medicare Employee | -10.40 | -104.11 |
| | -128.88 | -1,278.27 |

| Net Pay | 588.62 | 5,901.73 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

DEFS 000088

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013655

EZShield™ Check Fraud
Protection for Business

DATE _3/20/2020_

PAY TO THE
ORDER OF    Christopher C Carter                                                    $  **592.07

Five Hundred Ninety-Two and 07/100********************************************************************* DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO

_____ MP
AUTHORIZED SIGNATURE

Pay Period: 03/01/2020 - 03/07/2020

⑈013655⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                      **013655**

Employee                                                SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035        ***-**-5445
                                                        Pay Period: 03/01/2020 - 03/07/2020          Pay Date: 03/20/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,885.00 | 25.00% | 721.25 | 7,901.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -74.00 | -803.00 |
| Social Security Employee | -44.72 | -489.88 |
| Medicare Employee | -10.46 | -114.57 |
| | -129.18 | -1,407.45 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 592.07 | 6,493.80 |

Powered by Intuit Payroll

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013674

EZShield™ Check Fraud
Protection for Business

DATE    3/27/2020

PAY TO THE
ORDER OF      Christopher C Carter                                                              $  **499.87

Four Hundred Ninety-Nine and 87/100************************************************************************** DOLLARS

Christopher C Carter                                    VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____          _____ MP
       Pay Period: 03/08/2020 - 03/14/2020                        AUTHORIZED SIGNATURE

⑈013674⑈ ⑆1130 10547⑆ 670 1725644⑈

---

**MYLES GROUP INC**                                                      013674

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 03/08/2020 - 03/14/2020                        Pay Date: 03/27/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,425.00 | 25.00% | 606.25 | 8,507.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -60.00 | -863.00 |
| Social Security Employee | -37.59 | -527.47 |
| Medicare Employee | -8.79 | -123.36 |
| | -106.38 | -1,513.83 |

| Net Pay | 499.87 | 6,993.67 |
|---|---|---|

Premier Auto Transport Co   PO Box 20262   Houston  TX 77225  Myles Group Inc  DBA Premier Auto Transport Co

DEFS 000090

**013693**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE  4/3/2020

PAY TO THE
ORDER OF   Christopher C Carter                                    $  **567.22

Five Hundred Sixty-Seven and 22/100************************************************************ DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MP

MEMO                                              AUTHORIZED SIGNATURE

Pay Period: 03/15/2020 - 03/21/2020

⑆013693⑆ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                          **013693**

SSN
Employee                                                         ***-**-5445
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    Pay Period: 03/15/2020 - 03/21/2020          Pay Date: 04/03/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,760.00 | 25.00% | 690.00 | 9,197.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| | 0.00 | |
| Medicare Employee Addl Tax | -70.00 | -933.00 |
| Federal Withholding | -42.78 | -570.25 |
| Social Security Employee | -10.00 | -133.36 |
| Medicare Employee | -122.78 | -1,636.61 |

| Net Pay | 567.22 | 7,560.89 |
|---|---|---|

DBA Premier Auto Transport Co                    Powered by **Intuit** Payroll

**DEFS 000091**

**013711**

MYLES GROUP INC
DBA PREMIER AUTO TRANSPORT CO
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE    4/10/2020

PAY TO THE
ORDER OF    Christopher C Carter    $   **493.94

Four Hundred Ninety-Three and 94/100*********************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO

AUTHORIZED SIGNATURE    MP

Pay Period: 03/22/2020 - 03/28/2020

⑈013711⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**    **013711**

Employee
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN
***-**-5445
Pay Period: 03/22/2020 - 03/28/2020    Pay Date: 04/10/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,395.00 | 25.00% | 598.75 | 9,796.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -59.00 | -992.00 |
| Social Security Employee | -37.12 | -607.37 |
| Medicare Employee | -8.69 | -142.05 |
| | -104.81 | -1,741.42 |

| Net Pay | 493.94 | 8,054.83 |
|---|---|---|

Premier Auto Transport Co, PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co    Powered by Intuit Payroll

DEFS 000092

MYLES GROUP INC
DBA PREMIER AUTO TRANSPORT CO
P.O. BOX 20262
HOUSTON, TX 77225

013729

35-1054/1130

COMPASS BANK

EZShield™ Check Fraud Protection for Business

DATE _____4/17/2020_____

PAY TO THE ORDER OF ___Christopher C Carter_____    $  **580.22

— Five Hundred Eighty and 22/100***************************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO _____

AUTHORIZED SIGNATURE    MP

Pay Period: 03/29/2020 - 04/04/2020

⑈013729⑈ ⑇1130⑈0547⑇ 6701725644⑈

---

MYLES GROUP INC

013729

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 03/29/2020 - 04/04/2020          Pay Date: 04/17/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 10.00 | 250.00 | 250.00 |
| Commission {2} | 1,825.00 | 25.00% | 456.25 | 10,252.50 |
| | 25:00 | | 706.25 | 10,502.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -72.00 | -1,064.00 |
| Social Security Employee | -43.79 | -651.16 |
| Medicare Employee | -10.24 | -152.29 |
| | -126.03 | -1,867.45 |

| | | |
|---|---|---|
| Net Pay | 580.22 | 8,635.05 |

DEFS 000093

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE    4/24/2020

PAY TO THE
ORDER OF    Christopher C Carter    $    **608.56

Six Hundred Eight and 56/100***************************************************************************DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO

AUTHORIZED SIGNATURE    MP

Pay Period: 04/05/2020 - 04/11/2020

⑈013745⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**    **013745**

Employee    SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
Pay Period: 04/05/2020 - 04/11/2020    Pay Date: 04/24/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 20:00 | 10.00 | 200.00 | 450.00 |
| Commission (2) | 2,165.00 | 25.00% | 541.25 | 10,793.75 |
|  | 20:00 |  | 741.25 | 11,243.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -76.00 | -1,140.00 |
| Social Security Employee | -45.95 | -697.11 |
| Medicare Employee | -10.74 | -163.03 |
|  | -132.69 | -2,000.14 |

| Net Pay | 608.56 | 9,243.61 |
|---|---|---|

**DEFS 000094**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

35-1054/1130

013762

EZShield™ Check Fraud
Protection for Business

DATE ___5/1/2020___

PAY TO THE
ORDER OF    Christopher C Carter                                              $   **315.61

Three Hundred Fifteen and 61/100******************************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                           AUTHORIZED SIGNATURE      MP

Pay Period: 04/12/2020 - 04/18/2020

⑆013762⑆ ⑈113010547⑈ 6701725644⑉

---

**MYLES GROUP INC**                                                              **013762**

Employee                                          SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                  Pay Period: 04/12/2020 - 04/18/2020        Pay Date: 05/01/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 1,510.00 | 25.00% | 377.50 | 11,171.25 |
| Hourly | | | 0.00 | 450.00 |
| | 1,510.00 | | 377.50 | 11,621.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -33.00 | -1,173.00 |
| Social Security Employee | | | -23.41 | -720.52 |
| Medicare Employee | | | -5.48 | -168.51 |
| | | | -61.89 | -2,062.03 |

| Net Pay | | | 315.61 | 9,559.22 |

Powered by Intuit Payroll

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

013778

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE _____5/8/2020_____

PAY TO THE
ORDER OF ____Christopher C Carter_____ $ **496.42

Four Hundred Ninety-Six and 42/100*********************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO

AUTHORIZED SIGNATURE                MP

Pay Period: 04/19/2020 - 04/25/2020

⑈013778⑈ ⑆1130105447⑆ 6701725644⑈

---

# MYLES GROUP INC

# 013778

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 04/19/2020 - 04/25/2020              Pay Date: 05/08/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,410.00 | 25.00% | 602.50 | 11,773.75 |
| Hourly | | | 0.00 | 450.00 |
| | 2,410.00 | | 602.50 | 12,223.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -60.00 | -1,233.00 |
| Social Security Employee | -37.35 | -757.87 |
| Medicare Employee | -8.73 | -177.24 |
| | -106.08 | -2,168.11 |

| Net Pay | 496.42 | 10,055.64 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

**DEFS 000096**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

013795

35-1054/1130

COMPASS BANK

EZShield™ Check Fraud
Protection for Business

DATE ___5/15/2020___

PAY TO THE
ORDER OF ___Christopher C Carter___                                    $  **681.80

Six Hundred Eighty-One and 80/100*************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                                _____ MP
                                                         AUTHORIZED SIGNATURE

Pay Period: 04/26/2020 – 05/02/2020

⑈013795⑈ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                     **013795**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |
| | | | | | Pay Period: 04/26/2020 - 05/02/2020     Pay Date: 05/15/2020 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,330.00 | 25.00% | 832.50 | 12,606.25 |
| Hourly | | | 0.00 | 450.00 |
| | 3,330.00 | | 832.50 | 13,056.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -87.00 | -1,320.00 |
| Social Security Employee | -51.62 | -809.49 |
| Medicare Employee | -12.08 | -189.32 |
| | -150.70 | -2,318.81 |

| Net Pay | 681.80 | 10,737.44 |
|---|---|---|

Premier Auto Transport Co, PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co

DEFS 000097

013812

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

EZShield™ Check Fraud
Protection for Business

DATE ___5/22/2020___

PAY TO THE
ORDER OF    Christopher C Carter                                                    $  **607.39

—— Six Hundred Seven and 39/100***************************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

COMPASS BANK
35-1054/1130

MEMO                                                            AUTHORIZED SIGNATURE                MP

Pay Period: 05/03/2020 - 05/09/2020

⑆013812⑆ ⑈1130105347⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                        013812

| Employee | | | | | SSN |
|---|---|---|---|---|---|
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

***-**-5445
Pay Period: 05/03/2020 - 05/09/2020                    Pay Date: 05/22/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,960.00 | 25.00% | 740.00 | 13,346.25 |
| Hourly | | | 0.00 | 450.00 |
| | 2,960.00 | | 740.00 | 13,796.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -76.00 | -1,396.00 |
| Social Security Employee | -45.88 | -855.37 |
| Medicare Employee | -10.73 | -200.05 |
| | -132.61 | -2,451.42 |

| Net Pay | 607.39 | 11,344.83 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc., DBA Premier Auto Transport Co.

Powered by Intuit Payroll

DEFS 000098

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

013830

35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE  5/29/2020

PAY TO THE
ORDER OF    Christopher C Carter                                    $  **639.33

Six Hundred Thirty-Nine and 33/100*************************************************************************** DOLLARS

Christopher C Carter                              VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                    MP

                                         AUTHORIZED SIGNATURE

Pay Period: 05/10/2020 - 05/16/2020

⑈013830⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                    **013830**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
Pay Period: 05/10/2020 - 05/16/2020                                   Pay Date: 05/29/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,120.00 | 25.00% | 780.00 | 14,126.25 |
| Hourly | | | 0.00 | 450.00 |
| | 3,120.00 | | 780.00 | 14,576.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| | 0.00 | |
| Medicare Employee Addl Tax | -81.00 | -1,477.00 |
| Federal Withholding | -48.36 | -903.73 |
| Social Security Employee | -11.31 | -211.36 |
| Medicare Employee | -140.67 | -2,592.09 |

| Net Pay | 639.33 | 11,984.16 |
|---|---|---|

Premier Auto Transport Co., P.O. Box 20262, Houston, TX 77225. Myles Group Inc. DBA Premier Auto Transport Co    Powered by **Intuit** Payroll

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

013844

35-1054/1130

COMPASS BANK

EZShield℠ Check Fraud
Protection for Business

DATE    6/5/2020

PAY TO THE
ORDER OF    Christopher C Carter                                                    $  **644.10

__Six Hundred Forty-Four and 10/100*********************************************************__ DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                          AUTHORIZED SIGNATURE    MP

Pay Period: 05/17/2020 - 05/23/2020

⑈013844⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                         013844

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 05/17/2020 - 05/23/2020                    Pay Date: 06/05/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,145.00 | 25.00% | 786.25 | 14,912.50 |
| Hourly | | | 0.00 | 450.00 |
| | 3,145.00 | | 786.25 | 15,362.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -82.00 | -1,559.00 |
| Social Security Employee | -48.75 | -952.48 |
| Medicare Employee | -11.40 | -222.76 |
| | -142.15 | -2,734.24 |

| Net Pay | 644.10 | 12,628.26 |
|---|---|---|

Myles Group Inc. DBA Premier Auto Transport Co

Powered by **Intuit** Payroll

DEFS 000100

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013866

EZShield℠ Check Fraud
Protection for Business

DATE _____6/12/2020_____

PAY TO THE
ORDER OF _____Christopher C Carter_____  $  **550.75

_____Five Hundred Fifty and 75/100********************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO _____
AUTHORIZED SIGNATURE                    MP

Pay Period: 05/24/2020 - 05/30/2020

⑈013866⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                               **013866**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 05/24/2020 - 05/30/2020                    Pay Date: 06/12/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,680.00 | 25.00% | 670.00 | 15,582.50 |
| Hourly | | | 0.00 | 450.00 |
| | 2,680.00 | | 670.00 | 16,032.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -68.00 | -1,627.00 |
| Social Security Employee | | | -41.54 | -994.02 |
| Medicare Employee | | | -9.71 | -232.47 |
| | | | -119.25 | -2,853.49 |

| Net Pay | | | 550.75 | 13,179.01 |

Premier Auto Transport Co , PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co

Intuit Payroll

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

013902

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE _6/19/2020_

PAY TO THE
ORDER OF ___Christopher C Carter___                                    $   **668.96

Six Hundred Sixty-Eight and 96/100********************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                    _____ MP
                                        AUTHORIZED SIGNATURE

Pay Period: 05/31/2020 – 06/06/2020

⑈013902⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                               **013902**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 05/31/2020 - 06/06/2020                    Pay Date: 06/19/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,270.00 | 25.00% | 817.50 | 16,400.00 |
| Hourly | | | 0.00 | 450.00 |
| | 3,270.00 | | 817.50 | 16,850.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -86.00 | -1,713.00 |
| Social Security Employee | -50.68 | -1,044.70 |
| Medicare Employee | -11.86 | -244.33 |
| | -148.54 | -3,002.03 |
| Net Pay | 668.96 | 13,847.97 |

**013909**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE ___6/26/2020___

PAY TO THE
ORDER OF        Christopher C Carter                                                            $    **478.63

Four Hundred Seventy-Eight and 63/100*************************************************************    DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                    _____  MP
                                                          AUTHORIZED SIGNATURE

Pay Period: 06/07/2020 - 06/13/2020

⑈013909⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                                    **013909**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 06/07/2020 - 06/13/2020                    Pay Date: 06/26/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,320.00 | 25.00% | 580.00 | 16,980.00 |
| Hourly | | | 0.00 | 450.00 |
| | 2,320.00 | | 580.00 | 17,430.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -57.00 | -1,770.00 |
| Social Security Employee | -35.96 | -1,080.66 |
| Medicare Employee | -8.41 | -252.74 |
| | -101.37 | -3,103.40 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 478.63 | 14,326.60 |

**DEFS 000103**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

013926

EZShield™ Check Fraud
Protection for Business

DATE _7/3/2020_

PAY TO THE
ORDER OF ___Christopher C Carter_____ $ **447.85

Four Hundred Forty-Seven and 85/100********************************************************************************DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                    AUTHORIZED SIGNATURE              MP

Pay Period: 06/14/2020 - 06/20/2020

⑈013926⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                              **013926**

Employee                                          SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035          ***-**-5445
                                                  Pay Period: 06/14/2020 - 06/20/2020        Pay Date: 07/03/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,165.00 | 25.00% | 541.25 | 17,521.25 |
| Hourly | | | 0.00 | 450.00 |
| | 2,165.00 | | 541.25 | 17,971.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -52.00 | -1,822.00 |
| Social Security Employee | | | -33.56 | -1,114.22 |
| Medicare Employee | | | -7.84 | -260.58 |
| | | | -93.40 | -3,196.80 |

| Net Pay | | | 447.85 | 14,774.45 |

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

013945

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE _____7/10/2020_____

PAY TO THE
ORDER OF _____Christopher C Carter_____ $  **603.92

Six Hundred Three and 92/100*********************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____

_____
AUTHORIZED SIGNATURE                MP

Pay Period: 06/21/2020 - 06/27/2020

⑈013945⑈ ⑆113010547⑆ 6701725644⑈

---

# MYLES GROUP INC

# 013945

Employee
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN
***-**-5445
Pay Period: 06/21/2020 - 06/27/2020

Pay Date: 07/10/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,945.00 | 25.00% | 736.25 | 18,257.50 |
| Hourly | | | 0.00 | 450.00 |
| | 2,945.00 | | 736.25 | 18,707.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -76.00 | -1,898.00 |
| Social Security Employee | | | -45.65 | -1,159.87 |
| Medicare Employee | | | -10.68 | -271.26 |
| | | | -132.33 | -3,329.13 |

| Net Pay | | | 603.92 | 15,378.37 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

DEFS 000105

013966

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE _____7/17/2020_____

PAY TO THE
ORDER OF _____Christopher C Carter_____    $   **582.69

——Five Hundred Eighty-Two and 69/100******************************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____    _____ MP
                                  AUTHORIZED SIGNATURE

Pay Period: 06/28/2020 - 07/04/2020

⑈013966⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                  013966

Employee                                                SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                        Pay Period: 06/28/2020 - 07/04/2020          Pay Date: 07/17/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,840.00 | 25.00% | 710.00 | 18,967.50 |
| Hourly | | | 0.00 | 450.00 |
| | 2,840.00 | | 710.00 | 19,417.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -73.00 | -1,971.00 |
| Social Security Employee | -44.02 | -1,203.89 |
| Medicare Employee | -10.29 | -281.55 |
| | -127.31 | -3,456.44 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 582.69 | 15,961.06 |

DEFS 000106

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

013988

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE ___7/24/2020___

PAY TO THE
ORDER OF    Christopher C Carter                                    $   **619.24

Six Hundred Nineteen and 24/100************************************************************************************ DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____         _____   MP
                                                   AUTHORIZED SIGNATURE

Pay Period: 07/05/2020 - 07/11/2020

⑈013988⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                  **013988**

Employee                                        SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035      ***-**-5445
                                            Pay Period: 07/05/2020 - 07/11/2020          Pay Date: 07/24/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,020.00 | 25.00% | 755.00 | 19,722.50 |
| Hourly | | | 0.00 | 450.00 |
| | 3,020.00 | | 755.00 | 20,172.50 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -78.00 | -2,049.00 |
| Social Security Employee | | | -46.81 | -1,250.70 |
| Medicare Employee | | | -10.95 | -292.50 |
| | | | -135.76 | -3,592.20 |

| | | | Current | YTD Amount |
|---|---|---|---|---|
| Net Pay | | | 619.24 | 16,580.30 |

Premier Auto Transport Co , PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co        Powered by **Intuit Payroll**

DEFS 000107

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014010

35-1054/1130
COMPASS BANK

EZShield™ Check Fraud
Protection for Business

DATE    7/31/2020

PAY TO THE
ORDER OF    Christopher C Carter                                              $   **693.82

Six Hundred Ninety-Three and 82/100************************************************************************* DOLLARS

Christopher C Carter                                    VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                              MP
                                                        AUTHORIZED SIGNATURE

Pay Period: 07/12/2020 - 07/18/2020

⑈014010⑈ ⑆1130105471⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                          **014010**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 07/12/2020 - 07/18/2020                                Pay Date: 07/31/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,395.00 | 25.00% | 848.75 | 20,571.25 |
| Hourly | | 0.00 | 0.00 | 450.00 |
| | 3,395.00 | | 848.75 | 21,021.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -90.00 | -2,139.00 |
| Social Security Employee | | | -52.62 | -1,303.32 |
| Medicare Employee | | | -12.31 | -304.81 |
| | | | -154.93 | -3,747.13 |

| | | | | |
|---|---|---|---|---|
| Net Pay | | | 693.82 | 17,274.12 |

Premier Auto Transport Co., P.O. Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.            Powered by **Intuit Payroll**

**DEFS 000108**

MYLES GROUP INC
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014030

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE ___8/7/2020___

PAY TO THE
ORDER OF     Christopher C Carter                                             $   **625.18

Six Hundred Twenty-Five and 18/100******************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO

AUTHORIZED SIGNATURE                    MP

Pay Period: 07/19/2020 - 07/25/2020

⑈"014030"  ⑆1130 1054 7⑆  6701725644⑈"

---

# MYLES GROUP INC

# 014030

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 07/19/2020 - 07/25/2020 | Pay Date: 08/07/2020 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,050.00 | 25.00% | 762.50 | 21,333.75 |
| Hourly | | | 0.00 | 450.00 |
| | 3,050.00 | | 762.50 | 21,783.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -79.00 | -2,218.00 |
| Social Security Employee | -47.27 | -1,350.59 |
| Medicare Employee | -11.05 | -315.86 |
| | -137.32 | -3,884.45 |

| Net Pay | 625.18 | 17,899.30 |
|---|---|---|

Myles Group Inc, DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

DEFS 000109

**014054**

MYLES GROUP INC
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE   8/14/2020

PAY TO THE
ORDER OF    Christopher C Carter                                              $   **483.39

Four Hundred Eighty Three and 39/100******************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                    AUTHORIZED SIGNATURE        MP

Pay Period: 07/26/2020 - 08/01/2020

⑆014054⑆ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                        **014054**

SSN
***-**-5445

Employee
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

Pay Period: 07/26/2020 - 08/01/2020                 Pay Date: 08/14/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,345.00 | 25.00% | 586.25 | 21,920.00 |
| Hourly | | | 0.00 | 450.00 |
| | 2,345.00 | | 586.25 | 22,370.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -58.00 | -2,276.00 |
| Social Security Employee | -36.35 | -1,386.94 |
| Medicare Employee | -8.51 | -324.37 |
| | -102.86 | -3,987.31 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 483.39 | 18,382.69 |

Myles Group Inc DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

**DEFS 000110**

014072

MYLES GROUP INC
DBA PREMIER AUTO TRANSPORT CO
P.O. BOX 20262
HOUSTON, TX 77225

EZShield™ Check Fraud
Protection for Business

DATE    8/21/2020

PAY TO THE
ORDER OF    Christopher C Carter                                                    $    **543.67

Five Hundred Forty-Three and 67/100************************************************************************    DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                                    MP

AUTHORIZED SIGNATURE

Pay Period: 08/02/2020 - 08/08/2020

⑈014072⑈  ⑉113010547⑉  6701725644⑈

---

## MYLES GROUP INC

014072

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 08/02/2020 - 08/08/2020                    Pay Date: 08/21/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,645.00 | 25.00% | 661.25 | 22,581.25 |
| Hourly | | | 0.00 | 450.00 |
| | 2,645.00 | | 661.25 | 23,031.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -67.00 | -2,343.00 |
| Social Security Employee | -41.00 | -1,427.94 |
| Medicare Employee | -9.58 | -333.95 |
| | -117.58 | -4,104.89 |

| Net Pay | 543.67 | 18,926.36 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

Powered by Intuit Payroll

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
39-1054/1130

014093

EZShield℠ Check Fraud
Protection for Business

DATE ___8/28/2020___

PAY TO THE
ORDER OF ___Christopher C Carter_____    $  **554.21

Five Hundred Fifty Four and 21/100********************************************************************************  DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____    AUTHORIZED SIGNATURE _____    MP

Pay Period: 08/09/2020 - 08/15/2020

⑈014093⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                                  **014093**

| Employee | | | | | SSN | |
|----------|---|---|---|---|-----|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 08/09/2020 - 08/15/2020 | Pay Date: 08/28/2020 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|--------------------|-----|------|---------|------------|
| Commission {2} | 2,695.00 | 25.00% | 673.75 | 23,255.00 |
| Hourly | | | 0.00 | 450.00 |
| | 2,695.00 | | 673.75 | 23,705.00 |

| Taxes | Current | YTD Amount |
|-------|---------|------------|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -68.00 | -2,411.00 |
| Social Security Employee | -41.77 | -1,469.71 |
| Medicare Employee | -9.77 | -343.72 |
| | -119.54 | -4,224.43 |

| Net Pay | 554.21 | 19,480.57 |
|---------|--------|-----------|

**DEFS 000112**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE    9/4/2020

PAY TO THE
ORDER OF    Christopher C Carter                                                 $    **431.37

Four Hundred Thirty One and 37/100****************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                AUTHORIZED SIGNATURE                MP

Pay Period: 08/16/2020 - 08/22/2020

⑆014114⑆ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                                                    **014114**

Employee                                                    SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035          ***-**-5445
                                                                            Pay Period: 08/16/2020 - 08/22/2020          Pay Date: 09/04/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,085.00 | 25.00% | 521.25 | 23,776.25 |
| Hourly | | | 0.00 | 450.00 |
| | 2,085.00 | | 521.25 | 24,226.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -50.00 | -2,461.00 |
| Social Security Employee | | | -32.32 | -1,502.03 |
| Medicare Employee | | | -7.56 | -351.28 |
| | | | -89.88 | -4,314.31 |

| | | | Current | YTD Amount |
|---|---|---|---|---|
| Net Pay | | | 431.37 | 19,911.94 |

MYLES GROUP INC DBA Premier Auto Transport Co                              Powered by Intuit Payroll

DEFS 000113

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014133

COMPASS BANK
35-1054/1130

*EZShield™ Check Fraud
Protection for Business*

DATE ___9/11/2020___

PAY TO THE
ORDER OF ___Christopher C Carter___                                    $  **540.04

_ Five Hundred Forty and 04/100*********************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                    _____  MP
                                                      AUTHORIZED SIGNATURE

Pay Period: 08/23/2020 - 08/29/2020

⑈014133⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                    014133

| Employee | | | | | SSN |
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035     ***-**-5445
                                                      Pay Period: 08/23/2020 - 08/29/2020        Pay Date: 09/11/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,625.00 | 25.00% | 656.25 | 24,432.50 |
| Hourly | | | 0.00 | 450.00 |
| | 2,625.00 | | 656.25 | 24,882.50 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | -66.00 | -2,527.00 |
| Social Security Employee | | -40.69 | -1,542.72 |
| Medicare Employee | | -9.52 | -360.80 |
| | | -116.21 | -4,430.52 |

| Net Pay | | 540.04 | 20,451.98 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.                    Powered by Intuit Payroll

DEFS 000114

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014152

35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE ___9/18/2020___

PAY TO THE
ORDER OF   Christopher C Carter                                                                $   **412.45

Four Hundred Twelve and 45/100************************************************************************* DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO _____

AUTHORIZED SIGNATURE                          MP

Pay Period: 08/30/2020 - 09/05/2020

⑈014152⑈ ⑆1130105470⑆ 6701725644⑈

---

**MYLES GROUP INC**

**014152**

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | | |
| | | | | | Pay Period: 08/30/2020 - 09/05/2020 | | Pay Date: 09/18/2020 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 1,990.00 | 25.00% | 497.50 | 24,930.00 |
| Hourly | | | 0.00 | 450.00 |
| | 1,990.00 | | 497.50 | 25,380.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -47.00 | -2,574.00 |
| Social Security Employee | -30.84 | -1,573.56 |
| Medicare Employee | -7.21 | -368.01 |
| | -85.05 | -4,515.57 |

| Net Pay | 412.45 | 20,864.43 |
|---|---|---|

DEFS 000115

MYLES GROUP INC
DBA PREMIER AUTO TRANSPORT CO
P.O. BOX 20262
HOUSTON, TX 77225

EZShield℠ Check Fraud
Protection for Business

DATE ___9/25/2020___

PAY TO THE
ORDER OF    Christopher C Carter                                                                    $    **571.98

Five Hundred Seventy-One and 98/100*************************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____

AUTHORIZED SIGNATURE

MP

Pay Period: 09/06/2020 - 09/12/2020

�011171⑈ ⑆113010547⑇ 6701725644⑈

---

## MYLES GROUP INC

014171

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 09/06/2020 - 09/12/2020          Pay Date: 09/25/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,785.00 | 25.00% | 696.25 | 25,626.25 |
| Hourly | | | 0.00 | 450.00 |
| | 2,785.00 | | 696.25 | 26,076.25 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -71.00 | -2,645.00 |
| Social Security Employee | | | -43.17 | -1,616.73 |
| Medicare Employee | | | -10.10 | -378.11 |
| | | | -124.27 | -4,639.84 |

| | | | | |
|---|---|---|---|---|
| Net Pay | | | 571.98 | 21,436.41 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by Intuit Payroll

DEFS 000116

**014191**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud Protection for Business

DATE _____ 10/2/2020 _____

PAY TO THE
ORDER OF     Christopher C Carter                                    $   **641.65

Six Hundred Forty-One and 65/100************************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                    _____ MP
                                                 AUTHORIZED SIGNATURE

Pay Period: 09/13/2020 - 09/19/2020

⑈014191⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                          **014191**

| Employee | | | | | SSN | Status (Fed/State) | | Allowances/Extra |
|---|---|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | Single/(none) | | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 09/13/2020 - 09/19/2020 | | | Pay Date: 10/02/2020 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,130.00 | 25.00% | 782.50 | 26,408.75 |
| Hourly | | | 0.00 | 450.00 |
| | 3,130.00 | | 782.50 | 26,858.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -81.00 | -2,726.00 |
| Social Security Employee | -48.51 | -1,665.24 |
| Medicare Employee | -11.34 | -389.45 |
| | -140.85 | -4,780.69 |
| | | |
| Net Pay | 641.65 | 22,078.06 |

Premier Auto Transport Co., P.O. Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.          Powered by Intuit Payroll

**DEFS 000117**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014211

EZShield™ Check Fraud
Protection for Business

DATE    10/9/2020

PAY TO THE
ORDER OF    Christopher C Carter                                          $  **465.61

Four Hundred Sixty-Five and 61/100************************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                          AUTHORIZED SIGNATURE        MP

Pay Period: 09/20/2020 - 09/26/2020

⑆014211⑆ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                                      **014211**

Employee                                                    SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035        ***-**-5445
                                                           Pay Period: 09/20/2020 - 09/26/2020        Pay Date: 10/9/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,255.00 | 25.00% | 563.75 | 26,972.50 |
| Hourly | | | 0.00 | 450.00 |
| | 2,255.00 | | 563.75 | 27,422.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -55.00 | -2,781.00 |
| Social Security Employee | -34.96 | -1,700.20 |
| Medicare Employee | -8.18 | -397.63 |
| | -98.14 | -4,878.83 |

| Net Pay | 465.61 | 22,543.67 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

DEFS 000118

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014230

EZShield™ Check Fraud
Protection for Business

DATE _10/16/2020_
_10/3/2020_

PAY TO THE
ORDER OF     Christopher C Carter                                           $  **471.56

Four Hundred Seventy-One and 56/100************************************************************************ DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO _____     _____ MP
                                          AUTHORIZED SIGNATURE

Pay Period: 09/27/2020 - 10/03/2020

⑈014230⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                        **014230**

| Employee | | | | | SSN |
| --- | --- | --- | --- | --- | --- |
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 09/27/2020 - 10/03/2020

Pay Date: ~~10/03/2020~~
10/16/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Commission (2) | 2,285.00 | 25.00% | 571.25 | 26,980.00 |
| Hourly | | | 0.00 | 450.00 |
| | 2,285.00 | | 571.25 | 27,430.00 |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -56.00 | -2,782.00 |
| Social Security Employee | -35.41 | -1,700.65 |
| Medicare Employee | -8.28 | -397.73 |
| | -99.69 | -4,880.38 |

| | Current | YTD Amount |
| --- | --- | --- |
| Net Pay | 471.56 | 22,549.62 |

Premier Auto Transport Co., P.O.B ... 20262, Houston, TX ...

DEFS 000119

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014251

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE _____ 10/23/2020

PAY TO THE
ORDER OF _____ Christopher C Carter                              $  **597.99

─── Five Hundred Ninety-Seven and 99/100************************************************************************************* DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                    AUTHORIZED SIGNATURE            MP

Pay Period: 10/04/2020 - 10/10/2020

⑈014251⑈ ⑆113010547⑆ 670172564411⑈

---

**MYLES GROUP INC**                                                    **014251**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035  —  ***-**-5445
Pay Period: 10/04/2020 - 10/10/2020        Pay Date: 10/23/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,915.00 | 25.00% | 728.75 | 28,272.50 |
| Hourly | | | 0.00 | 450.00 |
| | 2,915.00 | | 728.75 | 28,722.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -75.00 | -2,912.00 |
| Social Security Employee | -45.19 | -1,780.80 |
| Medicare Employee | -10.57 | -416.48 |
| | -130.76 | -5,109.28 |

| Net Pay | 597.99 | 23,613.22 |

**DEFS 000120**

**MYLES GROUP INC**
DBA PREMIER AUTO TRANSPORT CO
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014271

EZShield™ Check Fraud
Protection for Business

DATE    10/30/2020

PAY TO THE
ORDER OF    Christopher C Carter                                    $ **689.06

Six Hundred Eighty Nine and 06/100************************************************************ DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                           AUTHORIZED SIGNATURE    MP

Pay Period: 10/11/2020 – 10/17/2020

⑈014271⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                  014271

Employee                                              SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                      Pay Period: 10/11/2020 - 10/17/2020        Pay Date: 10/30/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,370.00 | 25.00% | 842.50 | 29,115.00 |
| Hourly | | | 0.00 | 450.00 |
| | 3,370.00 | | 842.50 | 29,565.00 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | -89.00 | -3,001.00 |
| Social Security Employee | | -52.23 | -1,833.03 |
| Medicare Employee | | -12.21 | -428.69 |
| | | -153.44 | -5,262.72 |

| Net Pay | | 689.06 | 24,302.28 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

DEFS 000121

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014289

EZShield℠ Check Fraud
Protection for Business

DATE    11/6/2020

PAY TO THE
ORDER OF    Christopher C Carter                                                              $    **766.94

Seven Hundred Sixty-Six and 94/100******************************************************************    DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                         AUTHORIZED SIGNATURE    MP

Pay Period: 10/18/2020 - 10/24/2020

⑈014289⑈ ⑆1130105447⑆ 670172564⑈

---

**MYLES GROUP INC**

014289

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 10/18/2020 - 10/24/2020 | Pay Date: 11/06/2020 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,525.00 | 27.00% | 951.75 | 30,066.75 |
| Hourly | | | 0.00 | 450.00 |
| | 3,525.00 | | 951.75 | 30,516.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -112.00 | -3,113.00 |
| Social Security Employee | -59.01 | -1,892.04 |
| Medicare Employee | -13.80 | -442.49 |
| | -184.81 | -5,447.53 |

| Net Pay | 766.94 | 25,069.22 |
|---|---|---|

Premier Auto Transport Co , PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co

DEFS 000122

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014307

35-1054/1130

COMPASS BANK

EZShield™ Check Fraud
Protection for Business

DATE _____11/13/2020_____

PAY TO THE
ORDER OF _____Christopher C Carter_____ $   **752.24

___Seven Hundred Fifty-Two and 24/100*********************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____   _____ MP
                                              AUTHORIZED SIGNATURE

Pay Period: 10/25/2020 - 10/31/2020

⑆014307⑆ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**

**014307**

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 10/25/2020 - 10/31/2020 | Pay Date: 11/13/2020 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,450.00 | 27.00% | 931.50 | 30,998.25 |
| Hourly | | | 0.00 | 450.00 |
| | 3,450.00 | | 931.50 | 31,448.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -108.00 | -3,221.00 |
| Social Security Employee | -57.75 | -1,949.79 |
| Medicare Employee | -13.51 | -456.00 |
| | -179.26 | -5,626.79 |

| | | |
|---|---|---|
| Net Pay | 752.24 | 25,821.46 |

Premier Auto Transport Co., P.O. Box 20262, Houston, TX 77225. Alpine Capral... DBA Premier Auto Transport Co

DEFS 000123

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014324

EZShield℠ Check Fraud
Protection for Business

DATE ___11/20/2020___

PAY TO THE
ORDER OF ___Christopher C Carter___                                    $  **656.55

Six Hundred Fifty-Six and 55/100*********************************************************************** DOLLARS

Christopher C Carter                                    VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                    _____ MP
                                                      AUTHORIZED SIGNATURE

Pay Period: 11/01/2020 - 11/07/2020

⑆014324⑆ ⑈113010547⑈ 6701725644⑆

---

**MYLES GROUP INC**                                                      **014324**

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 11/01/2020 - 11/07/2020 | Pay Date: 11/20/2020 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,970.00 | 27.00% | 801.90 | 31,800.15 |
| Hourly | | | 0.00 | 450.00 |
| | 2,970.00 | | 801.90 | 32,250.15 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -84.00 | -3,305.00 |
| Social Security Employee | -49.72 | -1,999.51 |
| Medicare Employee | -11.63 | -467.63 |
| | -145.35 | -5,772.14 |

| | | |
|---|---|---|
| Net Pay | 656.55 | 26,478.01 |

DEFS 000124

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014340

EZShield℠ Check Fraud
Protection for Business

DATE    11/27/2020

PAY TO THE
ORDER OF    Christopher C Carter                                    $    **718.61

Seven Hundred Eighteen and 61/100************************************************************************************ DOLLARS

Christopher C Carter                                    VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                        MP
                                                    AUTHORIZED SIGNATURE

Pay Period: 11/08/2020 - 11/14/2020

⑈014340⑈ ⑆113010547⑉ 6701725644⑈

---

**MYLES GROUP INC**                                                  014340

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 11/08/2020 - 11/14/2020                    Pay Date: 11/27/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,275.00 | 27.00% | 884.25 | 32,684.40 |
| Hourly | | | 0.00 | 450.00 |
| | 3,275.00 | | 884.25 | 33,134.40 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -98.00 | -3,403.00 |
| Social Security Employee | | | -54.82 | -2,054.33 |
| Medicare Employee | | | -12.82 | -480.45 |
| | | | -165.64 | -5,937.78 |

| Net Pay | | | 718.61 | 27,196.62 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co.

DEFS 000125

014358

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE _____12/4/2020_____

PAY TO THE
ORDER OF    Christopher C Carter                                                          $    **678.49

Six Hundred Seventy-Eight and 49/100*********************************************************** DOLLARS

Christopher C Carter                                              VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                    _____ MP
                                                                AUTHORIZED SIGNATURE

Pay Period: 11/15/2020 - 11/21/2020

⑆014358⑆ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                                 014358

Employee                                           SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035         ***-**-5445
                                                   Pay Period: 11/15/2020 - 11/21/2020          Pay Date: 12/04/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,070.00 | 27.00% | 828.90 | 33,513.30 |
| Hourly | | | 0.00 | 450.00 |
| | 3,070.00 | | 828.90 | 33,963.30 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -87.00 | -3,490.00 |
| Social Security Employee | | | -51.39 | -2,105.72 |
| Medicare Employee | | | -12.02 | -492.47 |
| | | | -150.41 | -6,088.19 |

| | | | Current | YTD Amount |
|---|---|---|---|---|
| Net Pay | | | 678.49 | 27,875.11 |

Premier Auto Transport Co., P.O. Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

DEFS 000126

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014374

EZ Shield™ Check Fraud
Protection for Business

DATE    12/11/2020

PAY TO THE
ORDER OF    Christopher C Carter                                                $   **356.21

Three Hundred Fifty-Six and 21/100*********************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                                    MP
                                                    AUTHORIZED SIGNATURE
Pay Period: 11/22/2020 - 11/28/2020

⑪014374⑪  ⑤1130l0547⑤:  6701725644⑪

---

## MYLES GROUP INC

014374

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 11/22/2020 - 11/28/2020 | Pay Date: 12/11/2020 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 1,585.00 | 27.00% | 427.95 | 33,941.25 |
| Hourly | | | 0.00 | 450.00 |
| | 1,585.00 | | 427.95 | 34,391.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -39.00 | -3,529.00 |
| Social Security Employee | -26.54 | -2,132.26 |
| Medicare Employee | -6.20 | -498.67 |
| | -71.74 | -6,159.93 |

| Net Pay | 356.21 | 28,231.32 |
|---|---|---|

Premier Auto Transport Co, PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto ...

DEFS 000127

MYLES GROUP INC
DBA PREMIER AUTO TRANSPORT CO
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014390

EZShield™ Check Fraud
Protection for Business

DATE ___12/18/2020___

PAY TO THE
ORDER OF ___Christopher C Carter___                                            $  **650.08

__Six Hundred Fifty and 08/100************************************************************************__ DOLLARS

Christopher C Carter                                          VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                    _____ MP
                                                         AUTHORIZED SIGNATURE

Pay Period: 11/29/2020 - 12/05/2020

⑆014390⑆ ⑆113010547⑆ 6701725644⑆

---

# MYLES GROUP INC                                                014390

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 11/29/2020 - 12/05/2020                     Pay Date: 12/18/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,940.00 | 27.00% | 793.80 | 34,735.05 |
| Hourly | | | 0.00 | 450.00 |
| | 2,940.00 | | 793.80 | 35,185.05 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -83.00 | -3,612.00 |
| Social Security Employee | -49.21 | -2,181.47 |
| Medicare Employee | -11.51 | -510.18 |
| | -143.72 | -6,303.65 |

| Net Pay | 650.08 | 28,881.40 |
|---|---|---|

Premier Auto Transport Co, PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co

DEFS 000128

COMPASS BANK
35-1054/1130

**014406**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

EZShield™ Check Fraud
Protection for Business

DATE    12/25/2020

PAY TO THE
ORDER OF    Christopher C Carter                                $  **766.94

Seven Hundred Sixty-Six and 94/100************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                        _____  MP
                                            AUTHORIZED SIGNATURE

Pay Period: 12/06/2020 - 12/12/2020

⑈014406⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                              **014406**

Employee                                          SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                  Pay Period: 12/06/2020 - 12/12/2020        Pay Date: 12/25/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,525.00 | 27.00% | 951.75 | 35,686.80 |
| Hourly | | | 0.00 | 450.00 |
| | 3,525.00 | | 951.75 | 36,136.80 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -112.00 | -3,724.00 |
| Social Security Employee | | | -59.01 | -2,240.48 |
| Medicare Employee | | | -13.80 | -523.98 |
| | | | -184.81 | -6,488.46 |

| Net Pay | | | 766.94 | 29,648.34 |

Powered by Intuit Payroll

**DEFS 000129**

014424

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE _____ 1/1/2021 _____

PAY TO THE
ORDER OF ____ Christopher C Carter _____    $  **618.92

_Six Hundred Eighteen and 92/100_*******************************************************************************  DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____    AUTHORIZED SIGNATURE    MP

Pay Period: 12/13/2020 - 12/19/2020

⑈014424⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                              014424

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |
| | | | | | Pay Period: 12/13/2020 - 12/19/2020      Pay Date: 01/01/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,795.00 | 27.00% | 754.65 | 754.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -78.00 | -78.00 |
| Social Security Employee | -46.79 | -46.79 |
| Medicare Employee | -10.94 | -10.94 |
| | -135.73 | -135.73 |
| Net Pay | 618.92 | 618.92 |

DEFS 000024

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014453

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE ____1/8/2021____

PAY TO THE
ORDER OF    Christopher C Carter                                                                    $   **476.35

Four Hundred Seventy-Six and 35/100********************************************************************* DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____

_____
AUTHORIZED SIGNATURE                    MP

Pay Period: 12/20/2020 - 12/26/2020

⑈014453⑈ ⑆113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                                              014453

Employee
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN
***-**-5445
Pay Period: 12/20/2020 - 12/26/2020                          Pay Date: 01/08/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,135.00 | 27.00% | 576.45 | 1,331.10 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -56.00 | -134.00 |
| Social Security Employee | | | -35.74 | -82.53 |
| Medicare Employee | | | -8.36 | -19.30 |
| | | | -100.10 | -235.83 |

| | | | Current | YTD Amount |
|---|---|---|---|---|
| Net Pay | | | 476.35 | 1,095.27 |

DEFS 000025

**014469**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE ___1/15/2021___

PAY TO THE
ORDER OF    Christopher C Carter                                                    $ **525.70

Five Hundred Twenty-Five and 70/100*************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                                                            MP
                                                                        AUTHORIZED SIGNATURE

Pay Period: 12/27/2020 - 01/02/2021

⑈014469⑈ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                                  **014469**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 12/27/2020 - 01/02/2021                Pay Date: 01/15/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,365.00 | 27.00% | 638.55 | 1,969.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -64.00 | -198.00 |
| Social Security Employee | -39.59 | -122.12 |
| Medicare Employee | -9.26 | -28.56 |
| | -112.85 | -348.68 |

| Net Pay | 525.70 | 1,620.97 |
|---|---|---|

DBA Premier Auto Transport Co

Powered by Intuit Payroll

DEFS 000026

014486

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE _____1/22/2021_____

PAY TO THE
ORDER OF _____Christopher C Carter_____ $ **793.74

_____Seven Hundred Ninety-Three and 74/100*********************************************************_____ DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                _____AUTHORIZED SIGNATURE_____   MP

Pay Period: 01/03/2021 - 01/09/2021

⑈014486⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                              014486

Employee                                                        SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                                Pay Period: 01/03/2021 - 01/09/2021          Pay Date: 01/22/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,105.00 | 27.00% | 838.35 | 2,808.00 |
| Incentive Pay | | | 150.00 | 150.00 |
| | 3,105.00 | | 988.35 | 2,958.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -119.00 | -317.00 |
| Social Security Employee | | | -61.28 | -183.40 |
| Medicare Employee | | | -14.33 | -42.89 |
| | | | -194.61 | -543.29 |

| Net Pay | | | 793.74 | 2,414.71 |

DEFS 000027

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014505

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE     1/29/2021

PAY TO THE
ORDER OF     Christopher C Carter                                                                 $  **619.06

Six Hundred Nineteen and 06/100************************************************************************ DOLLARS

Christopher C Carter                                              VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                                           MP
                                                           AUTHORIZED SIGNATURE
        Pay Period: 01/10/2021 - 01/16/2021

⑈'014505⑈'  ⑆1130 1054⑆':  670 725644⑈'

---

**MYLES GROUP INC**                                                                **014505**

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 01/10/2021 - 01/16/2021 | Pay Date: 01/29/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,240.00 | 27.00% | 604.80 | 3,412.80 |
| Incentive Pay | | | 150.00 | 300.00 |
| | 2,240.00 | | 754.80 | 3,712.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -78.00 | -395.00 |
| Social Security Employee | -46.79 | -230.19 |
| Medicare Employee | -10.95 | -53.84 |
| | -135.74 | -679.03 |

| Net Pay | 619.06 | 3,033.77 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co.

DEFS 000028

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014524

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE  2/5/2021

PAY TO THE
ORDER OF ___ Christopher C Carter _____    $  **750.39

Seven Hundred Fifty and 39/100********************************************************************* DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____    AUTHORIZED SIGNATURE _____    MP

Pay Period: 01/17/2021 - 01/23/2021

⑈014524⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                       014524

Employee                                                SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                        Pay Period: 01/17/2021 - 01/23/2021        Pay Date: 02/05/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,875.00 | 27.00% | 776.25 | 4,189.05 |
| Incentive Pay | | | 150.00 | 450.00 |
| | 2,875.00 | | 926.25 | 4,639.05 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -105.00 | -500.00 |
| Social Security Employee | -57.43 | -287.62 |
| Medicare Employee | -13.43 | -67.27 |
| | -175.86 | -854.89 |

| Net Pay | 750.39 | 3,784.16 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.        Powered by Intuit Payroll

DEFS 000029

014543

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

EZShield℠ Check Fraud
Protection for Business

DATE _____ 2/12/2021 _____

COMPASS BANK
35-1054/1130

PAY TO THE
ORDER OF _____ Christopher C Carter _____                    $  **799.23

_____ Seven Hundred Ninety Nine and 23/100********************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____                                             _____
                                                       AUTHORIZED SIGNATURE          MP

Pay Period: 01/24/2021 - 01/30/2021

⑈014543⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                              014543

| Employee | | | | | SSN |
|---|---|---|---|---|---|
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 — SSN ***-**-5445
Pay Period: 01/24/2021 - 01/30/2021          Pay Date: 02/12/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,135.00 | 27.00% | 846.45 | 5,035.50 |
| Incentive Pay | | | 150.00 | 600.00 |
| | 3,135.00 | | 996.45 | 5,635.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -121.00 | -621.00 |
| Social Security Employee | -61.78 | -349.40 |
| Medicare Employee | -14.44 | -81.71 |
| | -197.22 | -1,052.11 |
| Net Pay | 799.23 | 4,583.39 |

Powered by Intuit Payroll

DEFS 000030

014577

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZ Shield™ Check Fraud
Protection for Business

DATE _____ 2/19/2021

PAY TO THE
ORDER OF  Christopher C Carter                                    $ **745.15

Seven Hundred Forty-Five and 15/100************************************************************************
_____ DOLLARS

Christopher C Carter                              VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO

Pay Period: 01/31/2021 - 02/06/2021

_____ MP
AUTHORIZED SIGNATURE

⑆014577⑆ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                014577

| Employee | | | | SSN | | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | ***-**-5445 | | |
| | | | | Pay Period: 01/31/2021 - 02/06/2021 | | Pay Date: 02/19/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,850.00 | 27.00% | 769.50 | 5,805.00 |
| Incentive Pay | | | 150.00 | 750.00 |
| | 2,850.00 | | 919.50 | 6,555.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -104.00 | -725.00 |
| Social Security Employee | -57.01 | -406.41 |
| Medicare Employee | -13.34 | -95.05 |
| | -174.35 | -1,226.46 |

| Net Pay | 745.15 | 5,328.54 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

DEFS 000031

**014603**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE    2/26/2021

PAY TO THE
ORDER OF        Christopher C Carter                                          $    **625.29

Six Hundred Twenty-Five and 29/100*********************************************************************    DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                    AUTHORIZED SIGNATURE    MP

Pay Period: 02/07/2021 - 02/13/2021

⑈014603⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                                      **014603**

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 02/07/2021 - 02/13/2021 | Pay Date: 02/26/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,265.00 | 27.00% | 611.55 | 6,416.55 |
| Incentive Pay | | | 150.00 | 900.00 |
| | 2,265.00 | | 761.55 | 7,316.55 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -78.00 | -803.00 |
| Social Security Employee | -47.22 | -453.63 |
| Medicare Employee | -11.04 | -106.09 |
| | -136.26 | -1,362.72 |

| Net Pay | 625.29 | 5,953.83 |
|---|---|---|

Powered by Intuit Payroll

DEFS 000032

014606

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

DATE    3/5/2021

PAY TO THE
ORDER OF    Christopher C Carter                                                    $  **213.65

Two Hundred Thirteen and 65/100***************************************************************  DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO

AUTHORIZED SIGNATURE

MP

Pay Period: 02/14/2021 - 02/20/2021

⑈"014606"⑈ ⑆1130105471⑆ 6701725644"⑈

---

**MYLES GROUP INC**                                                              014606

Employee                                                      SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                              Pay Period: 02/14/2021 - 02/20/2021          Pay Date: 03/05/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 925.00 | 27.00% | 249.75 | 6,666.30 |
| Incentive Pay | | | 0.00 | 900.00 |
| | 925.00 | | 249.75 | 7,566.30 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | -17.00 | -820.00 |
| Social Security Employee | | -15.48 | -469.11 |
| Medicare Employee | | -3.62 | -109.71 |
| | | -36.10 | -1,398.82 |

| Net Pay | | 213.65 | 6,167.48 |

Powered by **Intuit Payroll**

DEFS 000033

**014621**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

35-1054/1130
COMPASS BANK

EZShield™ Check Fraud
Protection for Business

DATE _____ 3/12/2021

PAY TO THE
ORDER OF _____ Christopher C Carter _____ $ **788.26

Seven Hundred Eighty-Eight and 26/100**************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO _____    _____ MP
                                 AUTHORIZED SIGNATURE

Pay Period: 02/21/2021 - 02/27/2021

⑈014621⑈ ⑇1130⑉10547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                            **014621**

| Employee | | | | SSN | |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | ***-**-5445 | |
| | | | | Pay Period: 02/21/2021 - 02/27/2021 | Pay Date: 03/12/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,075.00 | 27.00% | 830.25 | 7,496.55 |
| Incentive Pay | | | 150.00 | 1,050.00 |
| | 3,075.00 | | 980.25 | 8,546.55 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -117.00 | -937.00 |
| Social Security Employee | -60.78 | -529.89 |
| Medicare Employee | -14.21 | -123.92 |
| | -191.99 | -1,590.81 |
| Net Pay | 788.26 | 6,955.74 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

Powered by **Intuit Payroll**

DEFS 000034

014642

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

DATE ___3/19/2021___

PAY TO THE
ORDER OF ___Christopher C Carter___     $ **811.43

___Eight Hundred Eleven and 43/100*********************************************************___ DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO

AUTHORIZED SIGNATURE   MP

Pay Period: 02/28/2021 - 03/06/2021

⑈014642⑈ ⑆1130 10547⑆ 6701725644⑈

---

**MYLES GROUP INC**

014642

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 02/28/2021 - 03/06/2021     Pay Date: 03/19/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,200.00 | 27.00% | 864.00 | 8,360.55 |
| Incentive Pay | | | 150.00 | 1,200.00 |
| | 3,200.00 | | 1,014.00 | 9,560.55 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -125.00 | -1,062.00 |
| Social Security Employee | -62.86 | -592.75 |
| Medicare Employee | -14.71 | -138.63 |
| | -202.57 | -1,793.38 |
| Net Pay | 811.43 | 7,767.17 |

Powered by Intuit Payroll

DEFS 000035

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014662

EZShield℠ Check Fraud
Protection for Business

DATE    3/26/2021

PAY TO THE
ORDER OF    Christopher C Carter                                      $   **471.11

Four Hundred Seventy-One and 11/100************************************************************ DOLLARS

Christopher C Carter                                    VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                                          MP
                                                        AUTHORIZED SIGNATURE

Pay Period: 03/07/2021 - 03/13/2021

⑆014662⑆ ⑇113010547⑇ 6701725644⑈

---

**MYLES GROUP INC**                                                           **014662**

Employee                                                    SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035          ***-**-5445
                                                            Pay Period: 03/07/2021 - 03/13/2021         Pay Date: 03/26/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,110.00 | 27.00% | 569.70 | 8,930.25 |
| Incentive Pay | | | 0.00 | 1,200.00 |
| | 2,110.00 | | 569.70 | 10,130.25 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -55.00 | -1,117.00 |
| Social Security Employee | -35.33 | -628.08 |
| Medicare Employee | -8.26 | -146.89 |
| | -98.59 | -1,891.97 |

| Net Pay | 471.11 | 8,238.28 |

Premier Auto Transport Co, PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co

Powered by Intuit Payroll

DEFS 000036

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
33-1054/1130

EZShield™ Check Fraud
Protection for Business

014682

DATE    4/2/2021

PAY TO THE
ORDER OF     Christopher C Carter                                              $   **692.60

Six Hundred Ninety-Two and 60/100*********************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                    _____
                                                          AUTHORIZED SIGNATURE         MP

Pay Period: 03/14/2021 - 03/20/2021

⑈"0 ⑈4682⑈" ⑈:⑈⑈30⑈054⑈: 670⑈725644"

---

**MYLES GROUP INC**                                                              **014682**

| Employee | | | | | SSN | | | |
|---|---|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | | | |
| | | | | | Pay Period: 03/14/2021 - 03/20/2021 | | Pay Date: 04/02/2021 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,575.00 | 27.00% | 695.25 | 9,625.50 |
| Incentive Pay | | | 150.00 | 1,350.00 |
| | 2,575.00 | | 845.25 | 10,975.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -88.00 | -1,205.00 |
| Social Security Employee | -52.40 | -680.48 |
| Medicare Employee | -12.25 | -159.14 |
| | -152.65 | -2,044.62 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 692.60 | 8,930.88 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

DEFS 000037

35-1054/1130

**014701**

MYLES GROUP INC
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

EZShield™ Check Fraud
Protection for Business

4/9/2021

PAY TO THE
ORDER OF _____ Christopher C Carter _____ $ **803.20

Eight Hundred Three and 20/100************************************************************************ DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                                              MP
                                          AUTHORIZED SIGNATURE

Pay Period: 03/21/2021 - 03/27/2021

⑆014701⑈ ⑆113010547⑆ 6701725644⑈

---

MYLES GROUP INC                                                              **014701**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 03/21/2021 - 03/27/2021                    Pay Date: 04/09/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,155.00 | 27.00% | 851.85 | 10,477.35 |
| Incentive Pay | | | 150.00 | 1,500.00 |
| | 3,155.00 | | 1,001.85 | 11,977.35 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -122.00 | -1,327.00 |
| Social Security Employee | -62.12 | -742.60 |
| Medicare Employee | -14.53 | -173.67 |
| | -198.65 | -2,243.27 |

| Net Pay | 803.20 | 9,734.08 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.                    Powered by Intuit Payroll

DEFS 000038

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014721

*EZShield℠ Check Fraud Protection for Business*

4/16/2021

PAY TO THE
ORDER OF    Christopher C Carter                                            $    **664.17

Six Hundred Sixty-Four and 17/100***************************************************************************  DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                    _____  MP
                                                                         AUTHORIZED SIGNATURE

Pay Period: 03/28/2021 - 04/03/2021

⑈014721⑈ ⑆113010547⑆ 6701725644⑈

---

## MYLES GROUP INC                                                            014721

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 03/28/2021 - 04/03/2021                         Pay Date: 04/16/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,445.00 | 27.00% | 660.15 | 11,137.50 |
| Incentive Pay | | | 150.00 | 1,650.00 |
| | 2,445.00 | | 810.15 | 12,787.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -84.00 | -1,411.00 |
| Social Security Employee | -50.23 | -792.83 |
| Medicare Employee | -11.75 | -185.42 |
| | -145.98 | -2,389.25 |

| Net Pay | 664.17 | 10,398.25 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

Powered by Intuit Payroll

DEFS 000039

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014743

COMPASS BANK
35-1054/1130

*EZShield™ Check Fraud Protection for Business*

4/23/2021

PAY TO THE ORDER OF ___ Christopher C Carter _____ $ **708.54

Seven Hundred Eight and 54/100********************************************************************************************* DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____ AUTHORIZED SIGNATURE _____ MP

Pay Period: 04/04/2021 - 04/10/2021

⑈014743⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**

014743

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 04/04/2021 - 04/10/2021          Pay Date: 04/23/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,655.00 | 27.00% | 716.85 | 11,854.35 |
| Incentive Pay | | | 150.00 | 1,800.00 |
| | 2,655.00 | | 866.85 | 13,654.35 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -92.00 | -1,503.00 |
| Social Security Employee | -53.74 | -846.57 |
| Medicare Employee | -12.57 | -197.99 |
| | -158.31 | -2,547.56 |

| Net Pay | 708.54 | 11,106.79 |
|---|---|---|

DEFS 000040

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

35-1054/1130

014776

EZShield™ Check Fraud
Protection for Business

4/30/2021

PAY TO THE
ORDER OF _____ Christopher C Carter _____ $ **402.57

Four Hundred Two and 57/100*********************************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                                                          MP
Pay Period: 04/11/2021 - 04/17/2021                              AUTHORIZED SIGNATURE

⑆014776⑆ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                                    014776

| Employee | | | | | SSN |
|---|---|---|---|---|---|
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN: ***-**-5445
Pay Period: 04/11/2021 - 04/17/2021                              Pay Date: 04/30/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 1,795.00 | 27.00% | 484.65 | 12,339.00 |
| Incentive Pay | | | 0.00 | 1,800.00 |
| | 1,795.00 | | 484.65 | 14,139.00 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -45.00 | -1,548.00 |
| Social Security Employee | | | -30.05 | -876.62 |
| Medicare Employee | | | -7.03 | -205.02 |
| | | | -82.08 | -2,629.64 |

| Net Pay | | | 402.57 | 11,509.36 |
|---|---|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

DEFS 000041

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014785

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud
Protection for Business

5/7/2021

PAY TO THE
ORDER OF   Christopher C Carter    $  **658.95

Six Hundred Fifty-Eight and 95/100************************************************************************  DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO

AUTHORIZED SIGNATURE   MP

Pay Period: 04/18/2021 - 04/24/2021

⑆014785⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**              **014785**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 04/18/2021 - 04/24/2021          Pay Date: 05/07/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,420.00 | 27.00% | 653.40 | 12,992.40 |
| Incentive Pay | | | 150.00 | 1,950.00 |
| | 2,420.00 | | 803.40 | 14,942.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -83.00 | -1,631.00 |
| Social Security Employee | -49.81 | -926.43 |
| Medicare Employee | -11.64 | -216.66 |
| | -144.45 | -2,774.09 |

| Net Pay | | 658.95 | 12,168.31 |
|---|---|---|---|

Houston, TX 77035, Myles Group Inc. DBA Premier Auto Transport Co

Powered by Intuit Payroll

DEFS 000042

014805

MYLES GROUP INC
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

5/14/2021

PAY TO THE
ORDER OF _____ Christopher C Carter _____ $ **564.47

Five Hundred Sixty-Four and 47/100************************************************************ DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                                              MP
        Pay Period: 04/25/2021 - 05/01/2021
                                                    AUTHORIZED SIGNATURE

⑆014805⑆ ⑈113010547⑈ 6701725644⑆

---

MYLES GROUP INC                                                          014805

| Employee | | | | | SSN |
|----------|--|--|--|--|-----|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 04/25/2021 - 05/01/2021          Pay Date: 05/14/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 1,985.00 | 27.00% | 535.95 | 13,528.35 |
| Incentive Pay | | | 150.00 | 2,100.00 |
| | 1,985.00 | | 685.95 | 15,628.35 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -69.00 | -1,700.00 |
| Social Security Employee | -42.53 | -968.96 |
| Medicare Employee | -9.95 | -226.61 |
| | -121.48 | -2,895.57 |

| | Current | YTD |
|---|---|---|
| Net Pay | 564.47 | 12,732.78 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co.

Powered by Intuit Payroll

DEFS 000043

**014825**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

35-1054/1130

EZShield℠ Check Fraud
Protection for Business

5/21/2021

PAY TO THE
ORDER OF _____ Christopher C Carter _____ $    **699.32

Six Hundred Ninety-Nine and 32/100************************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                                              MP

AUTHORIZED SIGNATURE

Pay Period: 05/02/2021 - 05/08/2021

⑈014825⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                                 **014825**

Employee                                                          SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                                 Pay Period: 05/02/2021 - 05/08/2021           Pay Date: 05/21/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,610.00 | 27.00% | 704.70 | 14,233.05 |
| Incentive Pay | | | 150.00 | 2,250.00 |
| | 2,610.00 | | 854.70 | 16,483.05 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -90.00 | -1,790.00 |
| Social Security Employee | -52.99 | -1,021.95 |
| Medicare Employee | -12.39 | -239.00 |
| | -155.38 | -3,050.95 |

| Net Pay | 699.32 | 13,432.10 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co          Powered by Intuit Payroll

DEFS 000044

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014846

35-1054/1130

EZShield™ Check Fraud
Protection for Business

5/28/2021

PAY TO THE
ORDER OF      Christopher C Carter                                          $   **678.37

Six Hundred Seventy-Eight and 37/100*********************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                          MP
                                                              AUTHORIZED SIGNATURE

Pay Period: 05/09/2021 - 05/15/2021

⑈014846⑈ ⑆113010547⑆ 670172564⑈

---

**MYLES GROUP INC**                                                              014846

| Employee | | | | SSN |
| --- | --- | --- | --- | --- |
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | ***-**-5445 |

Pay Period: 05/09/2021 - 05/15/2021                    Pay Date: 05/28/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Commission (2) | 2,510.00 | 27.00% | 677.70 | 14,910.75 |
| Incentive Pay | | | 150.00 | 2,400.00 |
| | 2,510.00 | | 827.70 | 17,310.75 |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -86.00 | -1,876.00 |
| Social Security Employee | -51.32 | -1,073.27 |
| Medicare Employee | -12.01 | -251.01 |
| | -149.33 | -3,200.28 |
| Net Pay | 678.37 | 14,110.47 |

Premier Auto Transport Co., P.O. Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

DEFS 000045

MYLES GROUP INC
DBA PREMIER AUTO TRANSPORT CO
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

014866

EZShield℠ Check Fraud
Protection for Business

6/4/2021

PAY TO THE
ORDER OF    Christopher C Carter                                    $  **643.35

Six Hundred Forty-Three and 35/100*****************************************************************  DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                  MP
                                          AUTHORIZED SIGNATURE

Pay Period: 05/16/2021 - 05/22/2021

⑈014866⑈ ⑆113010547⑆ 6701725644⑈

---

MYLES GROUP INC                                                      014866

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 05/16/2021 - 05/22/2021                    Pay Date: 06/04/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,905.00 | 27.00% | 784.35 | 15,695.10 |
| Incentive Pay | | | 0.00 | 2,400.00 |
| | 2,905.00 | | 784.35 | 18,095.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -81.00 | -1,957.00 |
| Social Security Employee | -48.63 | -1,121.90 |
| Medicare Employee | -11.37 | -262.38 |
| | -141.00 | -3,341.28 |

| Net Pay | 643.35 | 14,753.82 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.                    Powered by Intuit Payroll

DEFS 000046

**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014887

35-1054/1130

EZShield™ Check Fraud
Protection for Business

6/11/2021

PAY TO THE
ORDER OF _____ Christopher C Carter

$ **789.76

Seven Hundred Eighty-Nine and 76/100************************************************************ DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO

AUTHORIZED SIGNATURE          MP

Pay Period: 05/23/2021 - 05/29/2021

⑈"014887"⑈ ⑆1130105471⑆ 6701725644"⑈

---

**MYLES GROUP INC**                                                    014887

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 05/23/2021 - 05/29/2021                     Pay Date: 06/11/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 3,085.00 | 27.00% | 832.95 | 16,528.05 |
| Incentive Pay | | | 150.00 | 2,550.00 |
| | 3,085.00 | | 982.95 | 19,078.05 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -118.00 | -2,075.00 |
| Social Security Employee | -60.94 | -1,182.84 |
| Medicare Employee | -14.25 | -276.63 |
| | -193.19 | -3,534.47 |

| Net Pay | 789.76 | 15,543.58 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc., DBA Premier Auto Transport Co.          Powered by **Intuit Payroll**

DEFS 000047

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

35-1054/1130

EZShield™ Check Fraud
Protection for Business

014906

6/18/2021

PAY TO THE
ORDER OF     Christopher C Carter                                                    $   **442.71

Four Hundred Forty-Two and 71/100************************************************************************* DOLLARS

Christopher C Carter                                          VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                                                MP
                                                              AUTHORIZED SIGNATURE

Pay Period: 05/30/2021 - 06/05/2021

⑆014906⑆ ⑉113010547⑉ 6701725644⑈

---

**MYLES GROUP INC**                                                                   014906

| Employee | | | | | SSN |
|---|---|---|---|---|---|
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN
***-**-5445
Pay Period: 05/30/2021 - 06/05/2021                    Pay Date: 06/18/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 1,980.00 | 27.00% | 534.60 | 17,062.65 |
| Incentive Pay | | | 0.00 | 2,550.00 |
| | 1,980.00 | | 534.60 | 19,612.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -51.00 | -2,126.00 |
| Social Security Employee | -33.14 | -1,215.98 |
| Medicare Employee | -7.75 | -284.38 |
| | -91.89 | -3,626.36 |

| Net Pay | 442.71 | 15,986.29 |
|---|---|---|

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co.

DEFS 000048

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014925

35-1054/1130

CHASE BANK

EZShield℠ Check Fraud Protection for Business

6/25/2021

PAY TO THE ORDER OF     Christopher C Carter                                    $  **632.01

Six Hundred Thirty-Two and 01/100*************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                                           MP
                                                     AUTHORIZED SIGNATURE

Pay Period: 06/06/2021 - 06/12/2021

⑈014925⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                          **014925**

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 06/06/2021 - 06/12/2021 | Pay Date: 06/25/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,300.00 | 27.00% | 621.00 | 17,683.65 |
| Incentive Pay | | | 150.00 | 2,700.00 |
| | 2,300.00 | | 771.00 | 20,383.65 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -80.00 | -2,206.00 |
| Social Security Employee | -47.81 | -1,263.79 |
| Medicare Employee | -11.18 | -295.56 |
| | -138.99 | -3,765.35 |
| Net Pay | 632.01 | 16,618.30 |

Premier Auto Transport Co, PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

DEFS 000049

014944

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

*EZShield™ Check Fraud*
*Protection for Business*

7/2/2021

PAY TO THE
ORDER OF      Christopher C Carter                                    $    **655.20

—— Six Hundred Fifty-Five and 20/100************************************************************************ DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035                                          VOID OVER 60 DAYS

MEMO                                                          _____  MP
                                                              AUTHORIZED SIGNATURE

Pay Period: 06/13/2021 - 06/19/2021

⑈014944⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                          014944

Employee                                                SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                        Pay Period: 06/13/2021 - 06/19/2021        Pay Date: 07/02/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,405.00 | 27.00% | 649.35 | 18,333.00 |
| Incentive Pay | | | 150.00 | 2,850.00 |
| | 2,405.00 | | 799.35 | 21,183.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -83.00 | -2,289.00 |
| Social Security Employee | -49.56 | -1,313.35 |
| Medicare Employee | -11.59 | -307.15 |
| | -144.15 | -3,909.50 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 655.20 | 17,273.50 |

DEFS 000050

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

014963

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

EZShield™ Check Fraud Protection for Business

7/9/2021

PAY TO THE ORDER OF _____ Christopher C Carter                                     $ **791.00

Seven Hundred Ninety-One and 00/100********************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO

AUTHORIZED SIGNATURE        MP

Pay Period: 06/20/2021 - 06/26/2021

⑆014963⑆ ⑈113010547⑈ 6701725644⑉

---

**MYLES GROUP INC**                                                                           014963

Employee                                                              SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                                     Pay Period: 06/20/2021 - 06/26/2021            Pay Date: 07/09/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,090.00 | 27.00% | 834.30 | 19,167.30 |
| Incentive Pay | | | 150.00 | 3,000.00 |
| | 3,090.00 | | 984.30 | 22,167.30 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -118.00 | -2,407.00 |
| Social Security Employee | -61.02 | -1,374.37 |
| Medicare Employee | -14.28 | -321.43 |
| | -193.30 | -4,102.80 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 791.00 | 18,064.50 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.              Powered by Intuit Payroll

DEFS 000051

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

014983

COMPASS BANK
88-1054/1130

EZShield℠ Check Fraud
Protection for Business

7/16/2021

PAY TO THE
ORDER OF      Christopher C Carter                                    $    **492.19

Four Hundred Ninety-Two and 19/100************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO

AUTHORIZED SIGNATURE                MP

Pay Period: 06/27/2021 - 07/03/2021

⑈014983⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                    **014983**

| Employee | | | | | SSN | |
|----------|--|--|--|--|-----|--|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 06/27/2021 - 07/03/2021 | Pay Date: 07/16/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|--------------------|-----|------|---------|------------|
| Commission (2) | 1,655.00 | 27.00% | 446.85 | 19,614.15 |
| Incentive Pay | | | 150.00 | 3,150.00 |
| | 1,655.00 | | 596.85 | 22,764.15 |

| Taxes | Current | YTD Amount |
|-------|---------|------------|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -59.00 | -2,466.00 |
| Social Security Employee | -37.01 | -1,411.38 |
| Medicare Employee | -8.65 | -330.08 |
| | -104.66 | -4,207.46 |

| | Current | YTD Amount |
|--|---------|------------|
| Net Pay | 492.19 | 18,556.69 |

DEFS 000052

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

015003
35-1054/1130

*EZShield™* Check Fraud
Protection for Business

7/23/2021

PAY TO THE
ORDER OF    Christopher C Carter                                                          $    **714.02

Seven Hundred Fourteen and 02/100*************************************************************** DOLLARS

Christopher C Carter                                               VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                                           MP
                                                        AUTHORIZED SIGNATURE

Pay Period: 07/04/2021 - 07/10/2021

⑈015003⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                          **015003**

Employee                                                    SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                            Pay Period: 07/04/2021 - 07/10/2021          Pay Date: 07/23/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,685.00 | 27.00% | 724.95 | 20,339.10 |
| Incentive Pay | | | 150.00 | 3,300.00 |
| | 2,685.00 | | 874.95 | 23,639.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -94.00 | -2,560.00 |
| Social Security Employee | -54.24 | -1,465.62 |
| Medicare Employee | -12.69 | -342.77 |
| | -160.93 | -4,368.39 |

| | Current | YTD |
|---|---|---|
| Net Pay | 714.02 | 19,270.71 |

Premier Auto Transport Co., P.O. Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

DEFS 000053

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

015021

35-1054/1130

*EZShield℠ Check Fraud*
*Protection for Business*

7/30/2021

PAY TO THE
ORDER OF —— Christopher C Carter                                $ **565.83

—— Five Hundred Sixty-Five and 83/100*********************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                                              MP
                                              AUTHORIZED SIGNATURE

Pay Period: 07/11/2021 - 07/17/2021

⑈"0ⅼ50 2ⅼ⑈" ⑆:ⅼⅼ30ⅼ0547⑆: 670ⅼ7256Ч4⑈"

---

**MYLES GROUP INC**

015021

Employee
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN
***-**-5445
Pay Period: 07/11/2021 - 07/17/2021                Pay Date: 07/30/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,550.00 | 27.00% | 688.50 | 21,027.60 |
| Incentive Pay | | | 0.00 | 3,300.00 |
| | 2,550.00 | | 688.50 | 24,327.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -70.00 | -2,630.00 |
| Social Security Employee | -42.69 | -1,508.31 |
| Medicare Employee | -9.98 | -352.75 |
| | -122.67 | -4,491.06 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 565.83 | 19,836.54 |

DEFS 000054

015042

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

35-1054/1130

EZShield℠ Check Fraud Protection for Business

8/6/2021

PAY TO THE
ORDER OF      Christopher C Carter                                                    $    **769.57

Seven Hundred Sixty-Nine and 57/100************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO

_____  MP
AUTHORIZED SIGNATURE

Pay Period: 07/18/2021 - 07/24/2021

⑈015042⑈ ⑈1130l054⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                                                   015042

| Employee | SSN |
|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | ***-**-5445 |

Pay Period: 07/18/2021 - 07/24/2021          Pay Date: 08/06/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,980.00 | 27.00% | 804.60 | 21,832.20 |
| Incentive Pay | | | 150.00 | 3,450.00 |
| | 2,980.00 | | 954.60 | 25,282.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -112.00 | -2,742.00 |
| Social Security Employee | -59.19 | -1,567.50 |
| Medicare Employee | -13.84 | -366.59 |
| | -185.03 | -4,676.09 |
| Net Pay | 769.57 | 20,606.11 |

Powered by Intuit Payroll

DEFS 000055

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

35-1054/1130

015060

EZShield℠ Check Fraud
Protection for Business

8/13/2021

PAY TO THE
ORDER OF    Christopher C Carter                                          $   **556.61

Five Hundred Fifty-Six and 61/100******************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                    AUTHORIZED SIGNATURE          MP

Pay Period: 07/25/2021 - 07/31/2021

⑈015060⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                          **015060**

Employee                                                SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035          ***-**-5445
                                                        Pay Period: 07/25/2021 - 07/31/2021        Pay Date: 08/13/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,505.00 | 27.00% | 676.35 | 22,508.55 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,505.00 | | 676.35 | 25,958.55 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -68.00 | -2,810.00 |
| Social Security Employee | -41.93 | -1,609.43 |
| Medicare Employee | -9.81 | -376.40 |
| | -119.74 | -4,795.83 |

| Net Pay | 556.61 | 21,162.72 |
|---|---|---|

DEFS 000056

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

015078

COMPASS BANK
35-1054/1130

*EZShield℠ Check Fraud
Protection for Business*

8/20/2021

PAY TO THE
ORDER OF          Christopher C Carter                                          $    **525.70

Five Hundred Twenty-Five and 70/100*********************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                          _____    MP
                                                              AUTHORIZED SIGNATURE

Pay Period: 08/01/2021 - 08/07/2021

⑈015078⑈ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                                      015078

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | | |
| | | | | | Pay Period: 08/01/2021 - 08/07/2021 | | Pay Date: 08/20/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,365.00 | 27.00% | 638.55 | 23,147.10 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,365.00 | | 638.55 | 26,597.10 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -64.00 | -2,874.00 |
| Social Security Employee | -39.59 | -1,649.02 |
| Medicare Employee | -9.26 | -385.66 |
| | -112.85 | -4,908.68 |

| | | |
|---|---|---|
| Net Pay | 525.70 | 21,688.42 |

Premier Auto Transport Co, PO Box 20262, Houston, TX 77225, Myles Group Inc, DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

DEFS 000057

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

015095

35-1054/1130

COMPASS BANK

EZShield™ Check Fraud Protection for Business

8/27/2021

PAY TO THE
ORDER OF        Christopher C Carter

$    **610.95

——— Six Hundred Ten and 95/100*********************************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO

AUTHORIZED SIGNATURE        MP

Pay Period: 08/02/2021 - 08/14/2021

⑆015095⑆ ⑆113010547⑆ 6701725644⑈

---

# MYLES GROUP INC

## 015095

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 08/08/2021 - 08/14/2021 | Pay Date: 08/27/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,755.00 | 27.00% | 743.85 | 23,890.95 |
| Incentive Pay | | 0.00 | | 3,450.00 |
| | 2,755.00 | | 743.85 | 27,340.95 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -76.00 | -2,950.00 |
| Social Security Employee | -46.12 | -1,695.14 |
| Medicare Employee | -10.78 | -396.44 |
| | -132.90 | -5,041.58 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 610.95 | 22,299.37 |

Powered by Intuit Payroll

DEFS 000058

MYLES GROUP INC
DBA PREMIER AUTO TRANSPORT CO
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

015113

EZShield℠ Check Fraud
Protection for Business

9/3/2021

| | |
|---|---|
| PAY TO THE ORDER OF | Christopher C Carter |
| $ | **669.26 |

Six Hundred Sixty-Nine and 26/100************************************************************************* DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO

AUTHORIZED SIGNATURE

MP

Pay Period: 08/15/2021 - 08/21/2021

⑈"015113"⑈ ⑆113010547⑆: 6701725644"⑈

---

MYLES GROUP INC                                                                                                    015113

Employee
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN
***-**-5445
Pay Period: 08/15/2021 - 08/21/2021                              Pay Date: 09/03/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,025.00 | 27.00% | 816.75 | 24,707.70 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 3,025.00 | | 816.75 | 28,157.70 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -85.00 | -3,035.00 |
| Social Security Employee | | | -50.64 | -1,745.78 |
| Medicare Employee | | | -11.85 | -408.29 |
| | | | -147.49 | -5,189.07 |

| Net Pay | 669.26 | 22,968.63 |
|---|---|---|

Premier Auto Transport Co., P.O. Box 20262, Houston, TX 77225, Myles Group Inc., DBA Premier Auto Transport Co.    Powered by Intuit Payroll

DEFS 000059

MYLES GROUP INC
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

015131

EZShield™ Check Fraud
Protection for Business

9/10/2021

PAY TO THE
ORDER OF _____ Christopher C Carter _____ $ **551.38

Five Hundred Fifty-One and 38/100************************************************************************ DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO _____ _____ MP

AUTHORIZED SIGNATURE

Pay Period: 08/22/2021 - 08/28/2021

⑈"015131"⑈ ⑆:113010547: 6701725644"⑈

---

**MYLES GROUP INC**                                                                                      **015131**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 08/22/2021 - 08/28/2021                                    Pay Date: 09/10/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,480.00 | 27.00% | 669.60 | 25,377.30 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,480.00 | | 669.60 | 28,827.30 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -67.00 | -3,102.00 |
| Social Security Employee | | | -41.51 | -1,787.29 |
| Medicare Employee | | | -9.71 | -418.00 |
| | | | -118.22 | -5,307.29 |

| Net Pay | 551.38 | 23,520.01 |
|---|---|---|

Premier Auto Transport Co., P.O. Box 20262, Houston, TX 77225, Myles Group Inc., DBA Premier Auto Transport Co.

DEFS 000060

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

015161

9/17/2021

PAY TO THE ORDER OF    Christopher C Carter                             $  **692.45

Six Hundred Ninety-Two and 45/100********************************************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO
Pay Period: 08/29/2021 - 09/04/2021

AUTHORIZED SIGNATURE                     MP

⑆015161⑆ ⑆113010547⑆ 6701725644⑈

---

**MYLES GROUP INC**                                                      **015161**

Employee                                          SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035      ***-**-5445
                                                  Pay Period: 08/29/2021 - 09/04/2021        Pay Date: 09/17/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 3,130.00 | 27.00% | 845.10 | 26,222.40 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 3,130.00 | | 845.10 | 29,672.40 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | -88.00 | -3,190.00 |
| Social Security Employee | | -52.40 | -1,839.69 |
| Medicare Employee | | -12.25 | -430.25 |
| | | -152.65 | -5,459.94 |
| Net Pay | | 692.45 | 24,212.46 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by **Intuit** Payroll

DEFS 000061

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

015170

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud
Protection for Business

9/24/2021

PAY TO THE
ORDER OF        Christopher C Carter                                        $  **498.53

Four Hundred Ninety-Eight and 53/100************************************************************ DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                                           MP

AUTHORIZED SIGNATURE

Pay Period: 09/05/2021 - 09/11/2021

⑈015170⑈ ⑆1130105 47⑆ 6701725644⑈

---

**MYLES GROUP INC**

015170

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 09/05/2021 - 09/11/2021            Pay Date: 09/24/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,240.00 | 27.00% | 604.80 | 26,827.20 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,240.00 | | 604.80 | 30,277.20 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -60.00 | -3,250.00 |
| Social Security Employee | | | -37.50 | -1,877.19 |
| Medicare Employee | | | -8.77 | -439.02 |
| | | | -106.27 | -5,566.21 |

| Net Pay | | | 498.53 | 24,710.99 |
|---|---|---|---|---|

DEFS 000062

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

015191

COMPASS BANK
35-1054/1130

EZShield℠ Check Fraud Protection for Business

10/1/2021

PAY TO THE
ORDER OF        Christopher C Carter                                    $  **484.33

Four Hundred Eighty-Four and 33/100*********************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                              AUTHORIZED SIGNATURE        MP

Pay Period: 09/12/2021 - 09/18/2021

⑈"015191"⑈  ⑆1130⑉0547⑈:  670⑈725644"⑈

---

**MYLES GROUP INC**                                                          015191

Employee                                              SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035    ***-**-5445
                                                      Pay Period: 09/12/2021 - 09/18/2021        Pay Date: 10/01/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,175.00 | 27.00% | 587.25 | 27,414.45 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,175.00 | | 587.25 | 30,864.45 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -58.00 | -3,308.00 |
| Social Security Employee | -36.41 | -1,913.60 |
| Medicare Employee | -8.51 | -447.53 |
| | -102.92 | -5,669.13 |

| | Current | YTD |
|---|---|---|
| Net Pay | 484.33 | 25,195.32 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co.

DEFS 000063

015210

MYLES GROUP INC
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

35-1054/1130

EZShield℠ Check Fraud
Protection for Business

10/8/2021

PAY TO THE
ORDER OF    Christopher C Carter                                             $  **552.87

Five Hundred Fifty Two and 87/100***************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                         AUTHORIZED SIGNATURE        MP

Pay Period: 09/19/2021 - 09/25/2021

⑈015210⑈ ⑈1130105470 670172564⑈

---

**MYLES GROUP INC**                                                      015210

| Employee | | | | | SSN |
|---|---|---|---|---|---|
Christopher C Carter, 12211 Fondren, Apt 411, Houston, TX 77035 — ***-**-5445
Pay Period: 09/19/2021 - 09/25/2021          Pay Date: 10/08/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,490.00 | 27.00% | 672.30 | 28,086.75 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,490.00 | | 672.30 | 31,536.75 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -68.00 | -3,376.00 |
| Social Security Employee | -41.68 | -1,955.28 |
| Medicare Employee | -9.75 | -457.28 |
| | -119.43 | -5,788.56 |

| Net Pay | 552.87 | 25,748.19 |
|---|---|---|

DEFS 000064

Employee
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN
***-**-5445
Pay Period: 09/26/2021 - 10/02/2021

Pay Date: 10/15/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,610.00 | 27.00% | 704.70 | 28,791.45 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,610.00 | | 704.70 | 32,241.45 |

| Taxes | | Current | YTD Amount |
|---|---|---|---|
| Medicare Employee Addl Tax | | 0.00 | |
| Federal Withholding | | -72.00 | -3,448.00 |
| Social Security Employee | | -43.69 | -1,998.97 |
| Medicare Employee | | -10.22 | -467.50 |
| | | -125.91 | -5,914.47 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 578.79 | 26,326.98 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group inc. DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

DEFS 000065

**MYLES GROUP INC**

015254

Employee
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

SSN
***-**-5445

Pay Period: 10/03/2021 - 10/09/2021

Pay Date: 10/22/2021

Earnings and Hours

| | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,475.00 | 27.00% | 668.25 | 29,459.70 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,475.00 | | 668.25 | 32,909.70 |

Taxes

| | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -67.00 | -3,515.00 |
| Social Security Employee | -41.43 | -2,040.40 |
| Medicare Employee | -9.69 | -477.19 |
| | -118.12 | -6,032.59 |

Net Pay

550.13    26,877.11

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

DEFS 000075

# MYLES GROUP INC

**Employee**
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035

**SSN**
***-**-5445

015282

Pay Period: 10/10/2021 - 10/16/2021

Pay Date: 10/29/2021

**Earnings and Hours**

| | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 1,870.00 | 27.00% | 504.90 | 29,964.60 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 1,870.00 | | 504.90 | 33,414.60 |

**Taxes**

| | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -48.00 | -3,563.00 |
| Social Security Employee | -31.31 | -2,071.71 |
| Medicare Employee | -7.32 | -484.51 |
| | -86.63 | -6,119.22 |

| | | |
|---|---|---|
| Net Pay | 418.27 | 27,295.38 |

Premier Auto Transport Co., PO Box 20262, Houston, TX 77225, Myles Group Inc. DBA Premier Auto Transport Co

Powered by **Intuit Payroll**

**DEFS 000076**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

COMPASS BANK
35-1054/1130

**015307**

EZShield℠ Check Fraud Protection for Business

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

11/12/2021

PAY TO THE
ORDER OF ___ Christopher C Carter _____ $ **429.75

Four Hundred Twenty-Nine and 75/100************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MP

MEMO

AUTHORIZED SIGNATURE

Pay Period: 10/24/2021 - 10/30/2021

⑆015307⑆ ⑈1130⑇1054⑇ 670⑉725644⑈

---

**MYLES GROUP INC**                                                        **015307**

| Employee | | | | | SSN | |
|----------|--|--|--|--|-----|--|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 10/24/2021 - 10/30/2021 | Pay Date: 11/12/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|--------------------|-----|------|---------|------------|
| Commission (2) | 1,920.00 | 27.00% | 518.40 | 31,291.65 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 1,920.00 | | 518.40 | 34,741.65 |

| Taxes | Current | YTD Amount |
|-------|---------|------------|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -49.00 | -3,696.00 |
| Social Security Employee | -32.14 | -2,153.98 |
| Medicare Employee | -7.51 | -503.75 |
| | -88.65 | -6,353.73 |

| | Current | YTD Amount |
|--|---------|------------|
| Net Pay | 429.75 | 28,387.92 |

DEFS 000066

COMPASS BANK
35-1054/1130

015326

EZShield™ Check Fraud
Protection for Business

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

11/19/2021

PAY TO THE
ORDER OF ___ Christopher C Carter ___                                    $ **538.65

Five Hundred Thirty-Eight and 65/100************************************************************ DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                        AUTHORIZED SIGNATURE          MP

Pay Period: 10/31/2021 - 11/06/2021

⑈015326⑈ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                                    015326

Employee                                             SSN
Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035          ***-**-5445
                                                     Pay Period: 10/31/2021 - 11/06/2021          Pay Date: 11/19/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,425.00 | 27.00% | 654.75 | 31,946.40 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,425.00 | | 654.75 | 35,396.40 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -66.00 | -3,762.00 |
| Social Security Employee | | | -40.60 | -2,194.58 |
| Medicare Employee | | | -9.50 | -513.25 |
| | | | -116.10 | -6,469.83 |

| Net Pay | | | 538.65 | 28,926.57 |

DEFS 000067

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

**015345**

EZShield℠ Check Fraud
Protection for Business

11/26/2021

PAY TO THE
ORDER OF    Christopher C Carter                                $  **531.94

Five Hundred Thirty-One and 94/100************************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                    _____  MP
                                                        AUTHORIZED SIGNATURE
        Pay Period: 11/07/2021 - 11/13/2021

⑆015345⑆ ⑉113010547⑉ 6701725644⑈

---

**MYLES GROUP INC**                                                    **015345**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 11/07/2021 - 11/13/2021                    Pay Date: 11/26/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,390.00 | 27.00% | 645.30 | 32,591.70 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,390.00 | | 645.30 | 36,041.70 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -64.00 | -3,826.00 |
| Social Security Employee | -40.01 | -2,234.59 |
| Medicare Employee | -9.35 | -522.60 |
| | -113.36 | -6,583.19 |

| | | |
|---|---|---|
| Net Pay | 531.94 | 29,458.51 |

DEFS 000068

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**COMPASS BANK**
35-1054/1130

**015362**

EZShield℠ Check Fraud
Protection for Business

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

VOID VOID

12/3/2021

PAY TO THE
ORDER OF    Christopher C Carter                                    $    **503.52

Five Hundred Three and 52/100************************************************************************    DOLLARS

Christopher C Carter                                    VOID OVER 60 DAYS
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                        MP
                                                    AUTHORIZED SIGNATURE

Pay Period: 11/14/2021 - 11/20/2021

⑈015362⑈ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                    **015362**

| Employee | | | | SSN |
|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | ***-**-5445 |
| | | | | Pay Period: 11/14/2021 - 11/20/2021 |

Pay Date: 12/03/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 2,260.00 | 27.00% | 610.20 | 33,201.90 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,260.00 | | 610.20 | 36,651.90 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | |
| Federal Withholding | | | -60.00 | -3,886.00 |
| Social Security Employee | | | -37.83 | -2,272.42 |
| Medicare Employee | | | -8.85 | -531.45 |
| | | | -106.68 | -6,689.87 |

| Net Pay | | | 503.52 | 29,962.03 |

DEFS 000069

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

**015382**

EZ Shield™ Check Fraud
Protection for Business

12/10/2021

PAY TO THE
ORDER OF        Christopher C Carter                                                $    **270.72

Two Hundred Seventy and 72/100*********************************************************************** DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                                          MP
                                                                    AUTHORIZED SIGNATURE

Pay Period: 11/21/2021 - 11/27/2021

⑆015382⑆ ⑈113010547⑈ 6701725644⑊

---

**MYLES GROUP INC**                                                              **015382**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 11/21/2021 - 11/27/2021                          Pay Date: 12/10/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission {2} | 1,190.00 | 27.00% | 321.30 | 33,523.20 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 1,190.00 | | 321.30 | 36,973.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -26.00 | -3,912.00 |
| Social Security Employee | -19.92 | -2,292.34 |
| Medicare Employee | -4.66 | -536.11 |
| | -50.58 | -6,740.45 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 270.72 | 30,232.75 |

DEFS 000070

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

COMPASS BANK
35-1054/1130

**015400**

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

EZShield℠ Check Fraud
Protection for Business

12/17/2021

PAY TO THE
ORDER OF          Christopher C Carter                                    $  **455.66

Four Hundred-Fifty-Five and 66/100******************************************************************  DOLLARS

VOID OVER 60 DAYS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

MEMO                                                                    MP
                                                              AUTHORIZED SIGNATURE

        Pay Period: 11/28/2021 - 12/04/2021

⑈015400⑈ ⑆113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                     **015400**

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 |

Pay Period: 11/28/2021 - 12/04/2021                    Pay Date: 12/17/2021

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,040.00 | 27.00% | 550.80 | 34,074.00 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,040.00 | | 550.80 | 37,524.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -53.00 | -3,965.00 |
| Social Security Employee | -34.15 | -2,326.49 |
| Medicare Employee | -7.99 | -544.10 |
| | -95.14 | -6,835.59 |

| Net Pay | 455.66 | 30,688.41 |
|---|---|---|

DEFS 000071

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

**015417**

EZShield™ Check Fraud
Protection for Business

12/24/2021

PAY TO THE
ORDER OF      Christopher C Carter                                    $   **564.34

Five Hundred Sixty-Four and 34/100****************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411                            VOID OVER 60 DAYS
Houston, TX 77035

MEMO                                                         MP
                                                    AUTHORIZED SIGNATURE
     Pay Period: 12/05/2021 - 12/11/2021

⑆015417⑆ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**                                                         **015417**

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 12/05/2021 - 12/11/2021 | Pay Date: 12/24/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Commission (2) | 2,540.00 | 27.00% | 685.80 | 34,759.80 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 2,540.00 | | 685.80 | 38,209.80 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -69.00 | -4,034.00 |
| Social Security Employee | -42.52 | -2,369.01 |
| Medicare Employee | -9.94 | -554.04 |
| | -121.46 | -6,957.05 |
| Net Pay | 564.34 | 31,252.75 |

DEFS 000072

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER AND ORIGINAL DOCUMENT SECURITY SCREEN ON BACK WITH PADLOCK SECURITY ICON.

**MYLES GROUP INC**
**DBA PREMIER AUTO TRANSPORT CO**
P.O. BOX 20262
HOUSTON, TX 77225

COMPASS BANK
35-1054/1130

**015435**

EZShield™ Check Fraud
Protection for Business

12/31/2021

PAY TO THE
ORDER OF     Christopher C Carter                                    $  **669.27

Six Hundred Sixty Nine and 27/100*************************************************** DOLLARS

Christopher C Carter
12211 Fondren Rd, Apt 411
Houston, TX 77035

VOID OVER 60 DAYS

MEMO                                                              _____  MP
                                                                  AUTHORIZED SIGNATURE

Pay Period: 12/12/2021 - 12/18/2021

⑈015435⑈ ⑈113010547⑈ 6701725644⑈

---

**MYLES GROUP INC**

**015435**

| Employee | | | | | SSN | |
| --- | --- | --- | --- | --- | --- | --- |
| Christopher C Carter, 12211 Fondren Rd, Apt 411, Houston, TX 77035 | | | | | ***-**-5445 | |
| | | | | | Pay Period: 12/12/2021 - 12/18/2021 | Pay Date: 12/31/2021 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Commission (2) | 3,025.00 | 27.00% | 816.75 | 35,576.55 |
| Incentive Pay | | | 0.00 | 3,450.00 |
| | 3,025.00 | | 816.75 | 39,026.55 |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -85.00 | -4,119.00 |
| Social Security Employee | -50.64 | -2,419.65 |
| Medicare Employee | -11.84 | -565.88 |
| | -147.48 | -7,104.53 |

| | Current | YTD Amount |
| --- | --- | --- |
| Net Pay | 669.27 | 31,922.02 |

DEFS 000073