| Pay Period End | Total Pay | Total Hours | Eff. Reg Rate | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|
| 11/16/19 | $412.50 | 45.00 | $ 9.17 | $ 22.92 | $ 45.83 |
| 11/23/19 | $516.25 | 45.00 | $ 11.47 | $ 28.68 | $ 57.36 |
| 11/30/19 | $367.50 | 45.00 | $ 8.17 | $ 20.42 | $ 40.83 |
| 12/7/19 | $671.25 | 45.00 | $ 14.92 | $ 37.29 | $ 74.58 |
| 12/14/19 | $675.00 | 45.00 | $ 15.00 | $ 37.50 | $ 75.00 |
| 12/21/19 | $510.00 | 45.00 | $ 11.33 | $ 28.33 | $ 56.67 |
| 12/28/19 | $516.25 | 45.00 | $ 11.47 | $ 28.68 | $ 57.36 |
| 1/4/20 | $548.75 | 45.00 | $ 12.19 | $ 30.49 | $ 60.97 |
| 1/11/20 | $701.25 | 45.00 | $ 15.58 | $ 38.96 | $ 77.92 |
| 1/18/20 | $723.75 | 45.00 | $ 16.08 | $ 40.21 | $ 80.42 |
| 1/25/20 | $582.50 | 45.00 | $ 12.94 | $ 32.36 | $ 64.72 |
| 2/1/20 | $626.25 | 45.00 | $ 13.92 | $ 34.79 | $ 69.58 |
| 2/8/20 | $622.50 | 45.00 | $ 13.83 | $ 34.58 | $ 69.17 |
| 2/15/20 | $898.75 | 45.00 | $ 19.97 | $ 49.93 | $ 99.86 |
| 2/22/20 | $732.50 | 45.00 | $ 16.28 | $ 40.69 | $ 81.39 |
| 2/29/20 | $717.50 | 45.00 | $ 15.94 | $ 39.86 | $ 79.72 |
| 3/7/20 | $721.25 | 45.00 | $ 16.03 | $ 40.07 | $ 80.14 |
| 3/14/20 | $606.25 | 45.00 | $ 13.47 | $ 33.68 | $ 67.36 |
| 3/21/20 | $690.00 | 45.00 | $ 15.33 | $ 38.33 | $ 76.67 |
| 3/28/20 | $598.75 | 45.00 | $ 13.31 | $ 33.26 | $ 66.53 |
| 4/4/20 | $706.25 | 45.00 | $ 15.69 | $ 39.24 | $ 78.47 |
| 4/11/20 | $741.25 | 45.00 | $ 16.47 | $ 41.18 | $ 82.36 |
| 4/18/20 | $377.50 | 45.00 | $ 8.39 | $ 20.97 | $ 41.94 |
| 4/25/20 | $602.50 | 45.00 | $ 13.39 | $ 33.47 | $ 66.94 |
| 5/2/20 | $832.50 | 45.00 | $ 18.50 | $ 46.25 | $ 92.50 |
| 5/9/20 | $740.00 | 45.00 | $ 16.44 | $ 41.11 | $ 82.22 |
| 5/16/20 | $780.00 | 45.00 | $ 17.33 | $ 43.33 | $ 86.67 |
| 5/23/20 | $786.25 | 45.00 | $ 17.47 | $ 43.68 | $ 87.36 |
| 5/30/20 | $670.00 | 45.00 | $ 14.89 | $ 37.22 | $ 74.44 |
| 6/6/20 | $817.50 | 45.00 | $ 18.17 | $ 45.42 | $ 90.83 |
| 6/13/20 | $580.00 | 45.00 | $ 12.89 | $ 32.22 | $ 64.44 |
| 6/20/20 | $541.25 | 45.00 | $ 12.03 | $ 30.07 | $ 60.14 |
| 6/27/20 | $736.25 | 45.00 | $ 16.36 | $ 40.90 | $ 81.81 |
| 7/4/20 | $710.00 | 45.00 | $ 15.78 | $ 39.44 | $ 78.89 |
| 7/11/20 | $755.00 | 45.00 | $ 16.78 | $ 41.94 | $ 83.89 |
| 7/18/20 | $848.75 | 45.00 | $ 18.86 | $ 47.15 | $ 94.31 |
| 7/25/20 | $762.50 | 45.00 | $ 16.94 | $ 42.36 | $ 84.72 |
| 8/1/20 | $586.25 | 45.00 | $ 13.03 | $ 32.57 | $ 65.14 |
| 8/8/20 | $661.25 | 45.00 | $ 14.69 | $ 36.74 | $ 73.47 |
| 8/15/20 | $673.75 | 45.00 | $ 14.97 | $ 37.43 | $ 74.86 |
| 8/22/20 | $521.25 | 45.00 | $ 11.58 | $ 28.96 | $ 57.92 |
| 8/29/20 | $656.25 | 45.00 | $ 14.58 | $ 36.46 | $ 72.92 |
| 9/5/20 | $497.50 | 45.00 | $ 11.06 | $ 27.64 | $ 55.28 |
| 9/12/20 | $696.25 | 45.00 | $ 15.47 | $ 38.68 | $ 77.36 |
| 9/19/20 | $782.50 | 45.00 | $ 17.39 | $ 43.47 | $ 86.94 |
| 9/26/20 | $563.75 | 45.00 | $ 12.53 | $ 31.32 | $ 62.64 |
| 10/3/20 | $571.25 | 45.00 | $ 12.69 | $ 31.74 | $ 63.47 |
| 10/10/20 | $728.75 | 45.00 | $ 16.19 | $ 40.49 | $ 80.97 |
| 10/17/20 | $842.50 | 45.00 | $ 18.72 | $ 46.81 | $ 93.61 |
| 10/24/20 | $951.75 | 45.00 | $ 21.15 | $ 52.88 | $ 105.75 |
| 10/31/20 | $931.50 | 45.00 | $ 20.70 | $ 51.75 | $ 103.50 |
| 11/7/20 | $801.90 | 45.00 | $ 17.82 | $ 44.55 | $ 89.10 |
| 11/14/20 | $884.25 | 45.00 | $ 19.65 | $ 49.13 | $ 98.25 |
| 11/21/20 | $828.90 | 45.00 | $ 18.42 | $ 46.05 | $ 92.10 |
| 11/28/20 | $427.95 | 45.00 | $ 9.51 | $ 23.78 | $ 47.55 |
| 12/5/20 | $793.80 | 45.00 | $ 17.64 | $ 44.10 | $ 88.20 |
| 12/12/20 | $951.75 | 45.00 | $ 21.15 | $ 52.88 | $ 105.75 |
| 12/19/20 | $1,264.65 | 45.00 | $ 28.10 | $ 70.26 | $ 140.52 |
| 12/26/20 | $1,092.70 | 45.00 | $ 24.28 | $ 60.71 | $ 121.41 |
| 1/2/21 | $638.55 | 45.00 | $ 14.19 | $ 35.48 | $ 70.95 |
| 1/9/21 | $988.35 | 45.00 | $ 21.96 | $ 54.91 | $ 109.82 |
| 1/16/21 | $754.80 | 45.00 | $ 16.77 | $ 41.93 | $ 83.87 |
| 1/23/21 | $926.25 | 45.00 | $ 20.58 | $ 51.46 | $ 102.92 |
| 1/30/21 | $996.45 | 45.00 | $ 22.14 | $ 55.36 | $ 110.72 |
| 2/6/21 | $919.50 | 45.00 | $ 20.43 | $ 51.08 | $ 102.17 |
| 2/13/21 | $761.55 | 45.00 | $ 16.92 | $ 42.31 | $ 84.62 |
| 2/20/21 | $249.75 | 45.00 | $5.55 | $13.88 | $27.75 |

| Pay Period End | Total Pay | Total Hours | Eff. Reg Rate | OT Damages | Damages with Liquidation |
|---|---|---|---|---|---|
| 2/27/21 | $980.25 | 45.00 | $21.78 | $54.46 | $108.92 |
| 3/6/21 | $1,014.00 | 45.00 | $22.53 | $56.33 | $112.67 |
| 3/13/21 | $569.70 | 45.00 | $12.66 | $31.65 | $63.30 |
| 3/20/21 | $845.25 | 45.00 | $18.78 | $46.96 | $93.92 |
| 3/27/21 | $1,001.85 | 45.00 | $22.26 | $55.66 | $111.32 |
| 4/3/21 | $810.15 | 45.00 | $18.00 | $45.01 | $90.02 |
| 4/10/21 | $866.85 | 45.00 | $19.26 | $48.16 | $96.32 |
| 4/17/21 | $484.65 | 45.00 | $10.77 | $26.93 | $53.85 |
| 4/24/21 | $803.40 | 45.00 | $17.85 | $44.63 | $89.27 |
| 5/1/21 | $685.95 | 45.00 | $15.24 | $38.11 | $76.22 |
| 5/8/21 | $854.70 | 45.00 | $18.99 | $47.48 | $94.97 |
| 5/15/21 | $1,027.70 | 45.00 | $22.84 | $57.09 | $114.19 |
| 5/22/21 | $784.35 | 45.00 | $17.43 | $43.58 | $87.15 |
| 5/29/21 | $982.95 | 45.00 | $21.84 | $54.61 | $109.22 |
| 6/5/21 | $534.60 | 45.00 | $11.88 | $29.70 | $59.40 |
| 6/12/21 | $771.00 | 45.00 | $17.13 | $42.83 | $85.67 |
| 6/19/21 | $799.35 | 45.00 | $17.76 | $44.41 | $88.82 |
| 6/26/21 | $984.30 | 45.00 | $21.87 | $54.68 | $109.37 |
| 7/3/21 | $596.85 | 45.00 | $13.26 | $33.16 | $66.32 |
| 7/10/21 | $874.95 | 45.00 | $19.44 | $48.61 | $97.22 |
| 7/17/21 | $688.50 | 45.00 | $15.30 | $38.25 | $76.50 |
| 7/24/21 | $954.60 | 45.00 | $21.21 | $53.03 | $106.07 |
| 7/31/21 | $676.35 | 45.00 | $15.03 | $37.58 | $75.15 |
| 8/7/21 | $638.55 | 45.00 | $14.19 | $35.48 | $70.95 |
| 8/14/21 | $743.85 | 45.00 | $16.53 | $41.33 | $82.65 |
| 8/21/21 | $816.75 | 45.00 | $18.15 | $45.38 | $90.75 |
| 8/28/21 | $669.60 | 45.00 | $14.88 | $37.20 | $74.40 |
| 9/4/21 | $845.10 | 45.00 | $18.78 | $46.95 | $93.90 |
| 9/11/21 | $604.80 | 45.00 | $13.44 | $33.60 | $67.20 |
| 9/18/21 | $587.25 | 45.00 | $13.05 | $32.63 | $65.25 |
| 9/25/21 | $672.30 | 45.00 | $14.94 | $37.35 | $74.70 |
| 10/2/21 | $704.70 | 45.00 | $15.66 | $39.15 | $78.30 |
| 10/9/21 | $668.25 | 45.00 | $14.85 | $37.13 | $74.25 |
| 10/16/21 | $504.90 | 45.00 | $11.22 | $28.05 | $56.10 |
| 10/23/21 | $0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| 10/30/21 | $518.40 | 45.00 | $11.52 | $28.80 | $57.60 |
| 11/6/21 | $654.75 | 45.00 | $14.55 | $36.38 | $72.75 |
| 11/13/21 | $645.30 | 45.00 | $14.34 | $35.85 | $71.70 |
| 11/20/21 | $610.20 | 45.00 | $13.56 | $33.90 | $67.80 |
| 11/27/21 | $321.30 | 45.00 | $7.14 | $17.85 | $35.70 |
| 12/4/21 | $550.80 | 45.00 | $12.24 | $30.60 | $61.20 |
| 12/11/21 | $685.80 | 45.00 | $15.24 | $38.10 | $76.20 |
| 12/18/21 | $816.75 | 45.00 | $18.15 | $45.38 | $90.75 |
|  |  |  |  | $4,345.75 | $8,691.50 |