| Date Billed On | Billed By | Description | Rate | Time | Value | Category | Entry No. |
|---|---|---|---|---|---|---|---|
| 4/18/22 | Courtney Lowery | Examination of intake notes and intake documents | $250.00 | 0.2 | $50.00 | Case Initiation | 3 |
| 4/18/22 | Courtney Lowery | PRIVILEGED INFORMATION | $250.00 | 0.1 | $25.00 | Client Communication | 4 |
| 4/18/22 | Courtney Lowery | Preparation and drafting of Complaint, Summons and CTJ | $250.00 | 0.7 | $175.00 | Case Initiation | 5 |
| 4/20/22 | Courtney Lowery | PRIVILEGED INFORMATION | $250.00 | 0.1 | $25.00 | Client Communication | 7 |
| 4/22/22 | Courtney Lowery | PRIVILEGED INFORMATION | $250.00 | 0.1 | $25.00 | Client Communication | 9 |
| 4/26/22 | Courtney Lowery | PRIVILEGED INFORMATION | $250.00 | 0.1 | $25.00 | Client Communication | 10 |
| 4/27/22 | Courtney Lowery | PRIVILEGED INFORMATION | $250.00 | 0.3 | $75.00 | Client Communication | 11 |
| 4/27/22 | Courtney Lowery | Editing and revision of Complaint | $250.00 | 0.4 | $100.00 | Case Initiation | 12 |
| 4/27/22 | Courtney Lowery | PRIVILEGED INFORMATION | $250.00 | 0.1 | $25.00 | Client Communication | 13 |
| 4/27/22 | Sean Short | Receipt and review of email from CL regarding case status; correspondence with client. | $300.00 | 0.1 | $30.00 | In House Communication | 14 |
| 4/27/22 | Josh Sanford | Editing and revision of complaint | $525.00 | 0.2 | $105.00 | Case Initiation | 17 |
| 4/28/22 | Courtney Lowery | Work on Client's file: finalize and efile complaint and summonses | $250.00 | 0.2 | $50.00 | Case Management | 19 |
| 4/28/22 | Courtney Lowery | PRIVILEGED INFORMATION | $250.00 | 0.1 | $25.00 | Client Communication | 20 |
| 5/5/22 | Paralegal | Work on Client's file: send complaint for service | $150.00 | 0.1 | $15.00 | Case Initiation | 27 |
| 5/17/22 | Paralegal | Work on Client's file: service update for Aaron Myles | $150.00 | 0.2 | $30.00 | Case Initiation | 28 |
| 6/1/22 | Paralegal | Preparation and drafting of Cert of Interested Parties | $150.00 | 0.2 | $30.00 | Case Management | 34 |
| 6/1/22 | Sean Short | Editing and revision of certificate of interested parties. | $300.00 | 0.1 | $30.00 | Case Management | 36 |
| 6/1/22 | Sean Short | Conference with paralegal regarding filing certificate of interested parties. | $300.00 | 0.1 | $30.00 | In House Communication | 39 |
| 6/24/22 | Sean Short | Compose electronic communication to staff regarding proof of service. | $300.00 | 0.1 | $30.00 | In House Communication | 40 |
| 6/28/22 | Sean Short | Conference regarding case status/next steps | $300.00 | 0.1 | $30.00 | In House Communication | 42 |
| 7/13/22 | Paralegal | Work on Client's file: service update | $150.00 | 0.2 | $30.00 | Case Initiation | 43 |
| 7/19/22 | Paralegal | Work on Client's file: service update | $150.00 | 0.1 | $15.00 | Case Initiation | 44 |
| 7/20/22 | Sean Short | Compose electronic communication to TF regarding service on individual defendant. | $300.00 | 0.1 | $30.00 | In House Communication | 46 |
| 7/22/22 | Sean Short | Conference with paralegal regarding motion to appear by phone. | $300.00 | 0.1 | $30.00 | In House Communication | 49 |
| 7/22/22 | Paralegal | Preparation and drafting of Motion to Appear by phone | $150.00 | 0.1 | $15.00 | Case Management | 50 |
| 7/27/22 | Sean Short | Editing and revision of motion to appear by phone and reset scheduling conference. | $300.00 | 0.3 | $90.00 | Case Management | 51 |
| 7/28/22 | Sean Short | Compose electronic communication to TF regarding deadline to file joint discovery/case management plan. | $300.00 | 0.1 | $30.00 | In House Communication | 56 |
| 7/29/22 | Sean Short | Examination of Defendants' answer to complaint. | $300.00 | 0.3 | $90.00 | Case Management | 58 |
| 8/1/22 | Sean Short | Receive, read and prepare response to email(s) from TF regarding pretrial hearing. | $300.00 | 0.1 | $30.00 | In House Communication | 61 |
| 8/2/22 | Sean Short | Conference with SG regarding scheduling conference. | $300.00 | 0.1 | $30.00 | In House Communication | 63 |
| 8/2/22 | Sean Short | Receipt and review of email from SG regarding scheduling conference. | $300.00 | 0.1 | $30.00 | In House Communication | 64 |
| 8/2/22 | Josh Sanford | Receive, read and prepare response to email(s) from OC | $525.00 | 0.1 | $52.50 | Opposing Counsel Communication | 66 |
| 8/5/22 | Sean Short | Compose electronic communication to paralegal regarding joint discovery/case management plan. | $300.00 | 0.1 | $30.00 | In House Communication | 67 |
| 8/12/22 | Sean Short | Editing and revision of joint discovery case management plan. | $300.00 | 0.4 | $120.00 | Case Management | 68 |
| 8/12/22 | Sean Short | Compose electronic communication to opposing counsel regarding draft JDCMP. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 69 |
| 8/12/22 | Sean Short | Receipt and review of email from opposing counsel regarding draft joint discovery case management plan. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 70 |
| 8/16/22 | Sean Short | Examination of Defendants' edits to draft JDCMP. | $300.00 | 0.1 | $30.00 | Case Management | 71 |
| 8/16/22 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding Defendants' edits to draft JDCMP. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 72 |
| 8/16/22 | Sean Short | Receipt and review of email from opposing counsel regarding signed JDCMP. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 73 |
| 8/16/22 | Sean Short | Compose electronic communication to paralegal regarding filing of joint discovery case management plan. | $300.00 | 0.1 | $30.00 | In House Communication | 76 |
| 8/23/22 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding substitution of attorney for initial scheduling conference. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 80 |
| 8/23/22 | Paralegal | Preparation and drafting of pre-cert discovery | $150.00 | 0.5 | $75.00 | Discovery | 81 |
| 8/25/22 | Paralegal | Preparation and drafting of initial disclosures | $150.00 | 0.3 | $45.00 | Discovery | 88 |
| 8/30/22 | Paralegal | Editing and revision of initial disclosures | $150.00 | 0.2 | $30.00 | Discovery | 90 |
| 8/30/22 | Paralegal | Work on Client's file: redacting and producing client docs | $150.00 | 0.2 | $30.00 | Discovery | 91 |
| 8/31/22 | Sean Short | Court Appearance (including travel time and waiting) case management conference. | $300.00 | 0.3 | $90.00 | Case Management | 92 |
| 9/1/22 | Sean Short | Compose electronic communication to paralegal regarding discovery; amended collective action scheduling order. | $300.00 | 0.2 | $60.00 | In House Communication | 94 |
| 9/1/22 | Paralegal | Preparation and drafting of scheduling order | $150.00 | 0.2 | $30.00 | Case Management | 97 |
| 9/2/22 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding pre-certification discovery form. | $300.00 | 0.1 | $30.00 | In House Communication | 99 |
| 9/2/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 100 |
| 9/2/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 101 |
| 9/6/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 103 |

| Date | Timekeeper | Description | Rate | Hours | Amount | Category | # |
|---|---|---|---|---|---|---|---|
| 9/6/22 | Sean Short | Receipt and review of email from paralegal regarding pre-certification discovery. | $300.00 | 0.1 | $30.00 | In House Communication | 104 |
| 9/7/22 | Sean Short | Conference with paralegal regarding preparing discovery to propound on Defendants. | $300.00 | 0.1 | $30.00 | In House Communication | 106 |
| 9/8/22 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding class certification discovery deadlines. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 107 |
| 9/8/22 | Paralegal | Preparation and drafting of pre-cert discovery | $150.00 | 0.7 | $105.00 | Discovery | 108 |
| 9/12/22 | Paralegal | Editing and revision of pro by plf - pre-cert | $150.00 | 0.4 | $60.00 | Discovery | 112 |
| 9/12/22 | Paralegal | Editing and revision of Pre-Cert discovery | $150.00 | 0.2 | $30.00 | Discovery | 113 |
| 9/14/22 | Sean Short | Editing and revision of proposed scheduling and docket control order for class certification. | $300.00 | 0.2 | $60.00 | Case Management | 115 |
| 9/14/22 | Sean Short | Compose electronic communication to opposing counsel regarding proposed scheduling and docket control order for class certification. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 116 |
| 9/14/22 | Sean Short | Conference with paralegal regarding drafting notice of appearance. | $300.00 | 0.1 | $30.00 | In House Communication | 117 |
| 9/14/22 | Paralegal | Preparation and drafting of NOA for SS | $150.00 | 0.2 | $30.00 | Case Management | 118 |
| 9/14/22 | Sean Short | Editing and revision of agreed motion for extension regarding class issues. | $300.00 | 0.1 | $30.00 | Case Management | 119 |
| 9/14/22 | Sean Short | Examination of proposed amended scheduling order. | $300.00 | 0.1 | $30.00 | Case Management | 120 |
| 9/14/22 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding agreed motion for extension regarding class issues and amended scheduling order. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 121 |
| 9/16/22 | Sean Short | Editing and revision of Plaintiff's initial disclosures. | $300.00 | 0.2 | $60.00 | Discovery | 123 |
| 9/16/22 | Sean Short | Compose electronic communication to opposing counsel regarding initial disclosures. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 124 |
| 9/16/22 | Sean Short | Compose electronic communication to opposing counsel regarding initial disclosures. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 125 |
| 9/21/22 | Sean Short | Editing and revision of Plaintiff's first set of discovery to Defendant Myles Group. | $300.00 | 0.3 | $90.00 | Discovery | 130 |
| 9/21/22 | Sean Short | Compose electronic communication to paralegal regarding edits to Plaintiff's first set of discovery to Defendant Myles Group; preparing discovery to individual Defendant. | $300.00 | 0.1 | $30.00 | In House Communication | 131 |
| 9/21/22 | Paralegal | Preparation and drafting of pre cert discovery for defendant aaron myles | $150.00 | 0.1 | $15.00 | Discovery | 132 |
| 9/21/22 | Sean Short | Conference with paralegal regarding edits to Plaintiff's first set of discovery. | $300.00 | 0.1 | $30.00 | In House Communication | 133 |
| 9/22/22 | Sean Short | Compose electronic communication to opposing counsel regarding Plaintiff's first set of interrogatories and requests for production. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 134 |
| 9/22/22 | Sean Short | Conference regarding case status/strategy | $300.00 | 0.1 | $30.00 | In House Communication | 137 |
| 9/23/22 | Sean Short | Receipt and review of email from opposing counsel regarding Defendants' first set of discovery requests. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 138 |
| 9/26/22 | Paralegal | Receive, read and prepare response to email(s) from OC, forwarding ROGs to discovery for formatting | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | 139 |
| 9/27/22 | Sean Short | Receipt and review of email from staff regarding correspondence from client. | $300.00 | 0.1 | $30.00 | In House Communication | 140 |
| 9/27/22 | Paralegal | Work on Client's file: work on formatting 2 discovery docs | $150.00 | 0.8 | $120.00 | Discovery | 141 |
| 9/29/22 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding case status; correspondence with client. | $300.00 | 0.1 | $30.00 | In House Communication | 144 |
| 10/7/22 | Paralegal | Preparation and drafting of objections to ROGs | $150.00 | 0.7 | $105.00 | Discovery | 146 |
| 10/7/22 | Paralegal | Preparation and drafting of objections to first RFPs | $150.00 | 0.6 | $90.00 | Discovery | 147 |
| 10/10/22 | Paralegal | Preparation and drafting of objections to discovery | $150.00 | 1.4 | $210.00 | Discovery | 150 |
| 10/12/22 | Sean Short | Conference with paralegal regarding Plaintiff's responses to discovery. | $300.00 | 0.1 | $30.00 | In House Communication | 152 |
| 10/12/22 | Sean Short | Editing and revision of proposed 5b scheduling order. | $300.00 | 0.2 | $60.00 | Case Management | 155 |
| 10/12/22 | Sean Short | Compose electronic communication to opposing counsel regarding revised 5(b) scheduling order. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 156 |
| 10/13/22 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding form 5b scheduling order and availability for a call to discuss case. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 157 |
| 10/13/22 | Sean Short | Telephone Conference(s) with Opposing Counsel regarding case background. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 158 |
| 10/13/22 | Sean Short | Conference with paralegal regarding call from opposing counsel; follow up with client. | $300.00 | 0.1 | $30.00 | In House Communication | 159 |
| 10/13/22 | Paralegal | Editing and revision of Discovery Objections - ROGs | $150.00 | 1.1 | $165.00 | Discovery | 163 |
| 10/13/22 | Paralegal | Editing and revision of Discovery Objections - RFPs | $150.00 | 0.6 | $90.00 | Discovery | 164 |
| 10/14/22 | Paralegal | Editing and revision of RFP objections | $150.00 | 0.6 | $90.00 | Discovery | 165 |
| 10/17/22 | Paralegal | Editing and revision of discovery for plf re McP edits | $150.00 | 0.2 | $30.00 | Discovery | 166 |
| 10/17/22 | Paralegal | Editing and revision of discovery for plf re McP edits | $150.00 | 0.2 | $30.00 | Discovery | 167 |
| 10/18/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 168 |
| 10/18/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 169 |
| 10/18/22 | Sean Short | Conference with paralegal regarding case status; next steps. | $300.00 | 0.1 | $30.00 | In House Communication | 171 |
| 10/19/22 | Sean Short | Conference with paralegal regarding discovery responses. | $300.00 | 0.1 | $30.00 | In House Communication | 172 |
| 10/19/22 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.4 | $60.00 | Client Communication | 174 |

| Date | Timekeeper | Description | Rate | Hours | Amount | Category | # |
|---|---|---|---|---|---|---|---|
| 10/19/22 | Paralegal | Editing and revision of RFPs for Def | $150.00 | 0.2 | $30.00 | Discovery | 175 |
| 10/19/22 | Paralegal | Editing and revision of ROGs for Def | $150.00 | 0.2 | $30.00 | Discovery | 177 |
| 10/19/22 | Sean Short | Examination of Plaintiff's answers to Defendants' first set of discovery. | $300.00 | 0.3 | $90.00 | Discovery | 180 |
| 10/19/22 | Sean Short | Conference with paralegal regarding Plaintiff's answers to discovery; production of documents. | $300.00 | 0.1 | $30.00 | In House Communication | 181 |
| 10/21/22 | Sean Short | Conference with paralegal regarding Plaintiff's responses to discovery. | $300.00 | 0.1 | $30.00 | In House Communication | 182 |
| 10/21/22 | Sean Short | Examination of Plaintiff's discovery production; prepare to send to opposing counsel. | $300.00 | 0.3 | $90.00 | Discovery | 183 |
| 10/21/22 | Sean Short | Compose electronic communication to opposing counsel regarding Plaintiff's discovery production. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 184 |
| 10/23/22 | Karolina Viehe | Review of file and Draft of Declaration | $275.00 | 1.2 | $330.00 | Certification | 188 |
| 10/31/22 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding discovery production. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 190 |
| 1/12/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 198 |
| 1/17/23 | Paralegal | Receipt and review of client docs | $150.00 | 0.1 | $15.00 | Discovery | 199 |
| 2/7/23 | Sean Short | Conference regarding case status/strategy | $300.00 | 0.1 | $30.00 | In House Communication | 201 |
| 4/17/23 | Sean Short | Examination of good faith letter. | $300.00 | 0.3 | $90.00 | Discovery | 204 |
| 4/21/23 | Sean Short | Conference with JS and paralegal regarding response to good faith letter. | $300.00 | 0.1 | $30.00 | In House Communication | 208 |
| 4/21/23 | Sean Short | Preparation and drafting of response to good faith letter. | $300.00 | 1.8 | $540.00 | Discovery | 210 |
| 4/21/23 | Sean Short | Compose electronic communication to paralegal regarding client correspondence; response to good faith letter. | $300.00 | 0.1 | $30.00 | In House Communication | 211 |
| 4/25/23 | Sean Short | Conference with paralegal regarding client correspondence; response to good faith letter. | $300.00 | 0.1 | $30.00 | In House Communication | 213 |
| 4/25/23 | Paralegal | Examination of client's document production | $150.00 | 0.1 | $15.00 | Discovery | 214 |
| 4/25/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 215 |
| 4/25/23 | Sean Short | Conference with paralegal regarding client correspondence. | $300.00 | 0.1 | $30.00 | In House Communication | 216 |
| 4/26/23 | Sean Short | Conference with paralegal regarding response to good faith letter. | $300.00 | 0.1 | $30.00 | In House Communication | 218 |
| 4/26/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 219 |
| 4/26/23 | Sean Short | Conference with paralegal regarding edits to damage calculations. | $300.00 | 0.1 | $30.00 | In House Communication | 220 |
| 4/26/23 | Sean Short | Conference with paralegal regarding response to good faith letter. | $300.00 | 0.1 | $30.00 | In House Communication | 221 |
| 4/26/23 | Sean Short | Editing and revision of damage calculations for response to good faith letter. | $300.00 | 0.1 | $30.00 | Discovery | 222 |
| 4/26/23 | Sean Short | Editing and revision of response to good faith letter. | $300.00 | 0.9 | $270.00 | Discovery | 223 |
| 4/26/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.9 | $135.00 | Client Communication | 224 |
| 4/26/23 | Sean Short | Conference with paralegal regarding client correspondence. | $300.00 | 0.1 | $30.00 | In House Communication | 225 |
| 4/26/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 226 |
| 4/26/23 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding client correspondence. | $300.00 | 0.1 | $30.00 | In House Communication | 227 |
| 4/26/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.3 | $45.00 | Client Communication | 228 |
| 4/26/23 | Sean Short | Receive, read and prepare response to email(s) from opposing counsel regarding good faith letter. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 229 |
| 5/16/23 | Sean Short | PRIVILEGED INFORMATION | $300.00 | 0.1 | $30.00 | Client Communication | 230 |
| 5/18/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 233 |
| 5/18/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 234 |
| 5/18/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 235 |
| 5/18/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.2 | $30.00 | Client Communication | 236 |
| 5/19/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 237 |
| 5/19/23 | Paralegal | Preparation and Drafting of Answers to Opposing Party's good faith letter | $150.00 | 0.1 | $15.00 | Discovery | 238 |
| 5/19/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 239 |
| 5/19/23 | Paralegal | Receipt and review of client's document production | $150.00 | 0.1 | $15.00 | Discovery | 240 |
| 6/13/23 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication | 242 |
| 7/28/23 | Sean Short | Preparation and drafting of settlement demand. | $300.00 | 0.7 | $210.00 | Settlement Related | 244 |
| 9/21/23 | Sean Short | PRIVILEGED INFORMATION | $300.00 | 0.1 | $30.00 | Client Communication | 245 |
| 9/25/23 | Sean Short | Compose electronic communication to opposing counsel regarding supplemental disclosures and written offer of settlement. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 246 |
| 12/4/23 | Sean Short | Telephone Conference(s) with Opposing Counsel regarding settlement offer. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 249 |
| 12/14/23 | Sean Short | Telephone Conference(s) with Opposing Counsel regarding settlement offer; motion to withdraw as attorney. | $300.00 | 0.1 | $30.00 | Opposing Counsel Communication | 250 |
| 1/8/24 | Sean Short | Receive, read and prepare response to email(s) from staff regarding travel arrangements for docket call. | $300.00 | 0.1 | $30.00 | In House Communication | 254 |
| 1/10/24 | Sean Short | Preparation and drafting of motion for default judgment. | $300.00 | 0.6 | $180.00 | Motion for Default | 255 |
| 1/10/24 | Sean Short | Conference with JS regarding case status; next steps. | $300.00 | 0.1 | $30.00 | In House Communication | 256 |
| 1/10/24 | Sean Short | Preparation and drafting of proposed order for motion for entry of default. | $300.00 | 0.1 | $30.00 | Motion for Default | 257 |
| 1/24/24 | Sean Short | Receive, read and prepare response to email(s) from staff regarding docket call. | $300.00 | 0.1 | $30.00 | In House Communication | 260 |
| 1/25/24 | Sean Short | Conference with paralegal regarding preparing motion for relief from deadlines. | $300.00 | 0.1 | $30.00 | In House Communication | 262 |

| Date | Timekeeper | Description | Rate | Hours | Amount | Category | # |
|---|---|---|---|---|---|---|---|
| 1/26/24 | Paralegal | Draft Motion for Relief from court deadlines | $150.00 | 0.7 | $105.00 | Case Management | 263 |
| 2/2/24 | Sean Short | Editing and revision of motion for relief from scheduling order and proposed order. | $300.00 | 0.3 | $90.00 | Case Management | 265 |
| 2/7/24 | Sean Short | Compose electronic communication to staff regarding serving defendants by registered mail with motion for default judgment. | $300.00 | 0.2 | $60.00 | In House Communication | 268 |
| 2/7/24 | Sean Short | Receive, read and prepare response to email(s) from staff regarding mailing certified mail to Defendant. | $300.00 | 0.1 | $30.00 | In House Communication | 269 |
| 4/4/24 | Sean Short | PRIVILEGED INFORMATION | $300.00 | 0.2 | $60.00 | Client Communication | 280 |
| 10/17/24 | Sean Short | Conference with RM regarding case status; next steps. | $300.00 | 0.1 | $30.00 | In House Communication | 286 |
| 10/17/24 | Sean Short | Compose electronic communication to RM regarding drafting motion for default judgment. | $300.00 | 0.1 | $30.00 | In House Communication | 287 |
| 10/30/24 | Rebecca Matlock | Preparation and drafting of Motion for Default | $300.00 | 1.8 | $540.00 | Motion for Default | 288 |
| 11/8/24 | Sean Short | Editing and revision of declaration in support of motion for default judgment. | $300.00 | 0.1 | $30.00 | Motion for Default | 289 |
| 3/18/25 | Sean Short | Compose electronic communication to paralegal regarding client correspondence. | $300.00 | 0.2 | $60.00 | In House Communication | 292 |
| 3/18/25 | Sean Short | Editing and revision of motion for default judgment. | $300.00 | 0.3 | $90.00 | Motion for Default | 293 |
| 3/18/25 | Sean Short | Editing and revision of declaration in support of motion for default judgment. | $300.00 | 0.2 | $60.00 | Motion for Default | 294 |
| 3/19/25 | Sean Short | PRIVILEGED INFORMATION | $300.00 | 0.1 | $30.00 | Client Communication | 295 |
| 3/21/25 | Sean Short | Conference with RM regarding motion for default judgment. | $300.00 | 0.1 | $30.00 | In House Communication | 296 |
| 3/21/25 | Sean Short | Editing and revision of Motion for default judgment, proposed order, and supporting exhibits. | $300.00 | 1.5 | $450.00 | Motion for Default | 297 |
| 5/19/25 | Rebecca Matlock | Preparation and drafting of fee petition: format and edit invoice; check for duplicative, vague, unbillable entries | $300.00 | 0.8 | $240.00 | Fee Petition | 303 |
| 5/20/25 | Rebecca Matlock | Preparation and drafting of fee petition: Motion, BIS, Dec | $300.00 | 1.2 | $360.00 | Fee Petition | 304 |
| 5/27/25 | Sean Short | Editing and revision of fee petition | $300.00 | 0.5 | $150.00 | Fee Petition | 305 |