| Date | Description | Amount |
|---|---|---|
| 4/28/22 | Filing Fee | $402.00 |
| 6/10/22 | Service Fee to ABC Legal | $91.50 |
| 6/10/22 | Service Fee to ABC Legal | $81.50 |
| 2/12/24 | Certified Mail Fee | $17.46 |
| | **Total:** | **$592.46** |