IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER CARTER, Individually and on Behalf of All Others Similarly Situated** | | **PLAINTIFF** |
| vs. | No. 4:22-cv-1359 | |
| **MYLES GROUP, INC., and AARON MYLES** | | **DEFENDANTS** |

### ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES

Before the Court is Plaintiff's Motion for Award of Attorneys' Fees and Costs (hereinafter "Motion"). Plaintiff's Motion is well-supported, and the Court has reviewed the Motion, Invoice, Declaration and other items filed in support of the Motion and the Court does find as follows:

In an action under the FLSA, the Court "shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action." 29 U.S.C. § 216(b). The Court finds that Plaintiff should be awarded fees based on the lodestar amount requested by Plaintiff. The fees charged by Plaintiff's counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of Houston, Texas. The amount of time expended by Plaintiff's counsel on this case is likewise reasonable. The Court has considered the factors relevant to an award of attorney's fees enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974), and has determined that no deviation from the lodestar is necessary or appropriate. Therefore, Plaintiff is entitled to his requested fees in the amount of

$10,042.50 and costs in the amount of $592.46.

**IT IS SO ORDERED.**

SIGNED this ____ day of_____, 2025.

_____
Hon. Charles Eskridge
United States District Judge