United States District Court
Southern District of Texas
**ENTERED**
July 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CARTER, | § § | CIVIL ACTION NO. 4:22-cv-01359 |
| Plaintiff, | § § § § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § § | |
| MYLES GROUP INC and AARON MYLES, | § § | |
| Defendants. | § | |

FINAL JUDGMENT

This action is now DISMISSED WITH PREJUDICE for the reasons stated in the order of default judgment entered on April 30, 2025. Dkt 35.

This is a final judgment under Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed on July 10, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge